# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

JOSE TREVINO and LORRY S. TREVINO,
Individually and on behalf of all others
similarly situated,

        V.

CASE NUMBER: 0 7 - 5 6 8

MERSCORP, INC. and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.

TO:     **MERSCORP, INC.**
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          9/20/07
CLERK                                         DATE

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/25/07 |
| NAME OF SERVER (PRINT) Jeffrey P. Berryman | TITLE Legal Courier |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Hand delivered on the Defendant's registered agent CSC c/o Mary T. Drummond 2711 Centerville Rd, Wilm DE 19808

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/25/07
Date

Signature of Server

800 King St Wilm, DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.