IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-568 ***<br>)<br>) JURY TRIAL DEMAND<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Kevin F. Brady on behalf of defendants, MERSCORP, Inc. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc. in the above-referenced matter.

          CONNOLLY BOVE LODGE & HUTZ LLP

          /s/ Kevin F. Brady
          Kevin F. Brady (#2248)
          The Nemours Building
          1007 N. Orange Street, 8th Floor
          Wilmington, DE  19899
          Phone (302) 658-9141
          e-mail: kbrady@cblh.com

Dated: October 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify on October 23, 2007 I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070

*/s/ Kevin F. Brady*
Kevin F. Brady (No. 2248)
kbrady@cblh.com