IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 07-568 *** |
| MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) | JURY TRIAL DEMAND |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of **Robert M. Brochin,** of the law firm of Morgan Lewis & Bockius LLP

to represent MERSCORP, Inc. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Kevin F. Brady*
Kevin F. Brady (No. 2248)
kbrady@cblh.com
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

Dated: October 23, 2007          *Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member in the state of Florida, and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action.  I also certify I am generally familiar

with this Court's Rules.  In accordance with the Standard Order for District Court Fund effective

January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's

office upon the filing of this motion.

Dated: __Oct 19._____, 2007

Robert M. Brochin, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(305)-415-3456

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on October 23, 2007 I electronically filed the foregoing Motion and

Order for Admission *Pro Hac Vice* of Robert M. Brochin with the Clerk of Court using CM/ECF

which will send notification of such filing to the following:


Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070


*/s/ Kevin F. Brady*
Kevin F. Brady (No. 2248)
kbrady@cblh.com