IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | Case No. 07-568-***<br><br>**JURY TRIAL DEMAND** |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Jeffrey M. Norton of Harwood Feffer LLP, 488 Madison Avenue, New York, NY 10022, to represent plaintiffs Jose Trevino and Lorry S. Trevino in this matter.

DATED: October 30, 2007              ROSENTHAL, MONHAIT & GODDESS, P.A.

                                     */s/ Carmella P. Keener*
                                     Joseph A. Rosenthal (Del. Bar No. 234)
OF COUNSEL:                          Carmella P. Keener (Del. Bar No. 2810)
                                     919 N. Market Street, Suite 1401
Jeffrey M. Norton                    P.O. Box 1070
HARWOOD FEFFER LLP                   Wilmington, DE 19899
488 Madison Avenue                   (302) 656-4433
New York, NY 10022                   jrosenthal@rmgglaw.com
(212) 935-7400                       ckeener@rmgglaw.com
                                     *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | Case No. 07-568-***<br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMAND** |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: October 29, 2007

_____
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on October 30, 2007, I electronically filed with the Clerk of Court **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JEFFREY M. NORTON** using CM/ECF which will send notification of such filing to the following:

>Kevin F. Brady, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street, 8th Floor
>Wilmington, DE 19899

>/s/ Carmella P. Keener (DSBA No. 2810)
>Rosenthal, Monhait & Goddess, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorneys for Plaintiffs*
>*Jose Trevino and Lorry S. Trevino*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>        Defendants. | Case No. 07-568-***<br><br>**JURY TRIAL DEMAND** |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey M. Norton is granted.

Date: _____          _____
                                                                              U.S.D.J.