# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

JOSE TREVINO and LORRY S. TREVINO,
Individually and on behalf of all others
similarly situated,

                V.

CASE NUMBER: 07-568-***

MERSCORP, INC., MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., CITIGROUP INC.,
COUNTRYWIDE FINANCIAL CORPORATION,
FANNIE MAE, FREDDIE MAC, GMAC-RCF
HOLDING COMPANY, LLC d/b/a/ GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO.,
WASHINGTON MUTUAL BANK, and
WELLS FARGO & COMPANY

**TO:**      CITIGROUP INC.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the amended class action complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended class action complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          11/8/07

CLERK                                                DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Amended Class Action Complaint was made by me[1] | 11/8/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jose Sanchez | Courier |

Check one box to indicate appropriate method of service:

☑ Served personally upon the defendant. Place where served: Corporation Trust Scott Lascala 1209 Orange St Wilm, DE, 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and amended class action complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/8/07
            Date

Signature of Server: Jose S[...]

Address of Server: 800 King St ste 100 Wilm, DE, 19801

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.