# *United States District Court*

_____ DISTRICT OF DELAWARE _____

## SUMMONS IN A CIVIL CASE

JOSE TREVINO and LORRY S. TREVINO,
Individually and on behalf of all others
similarly situated,

**V.**

CASE NUMBER: 07-568-***

MERSCORP, INC., MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., CITIGROUP INC.,
COUNTRYWIDE FINANCIAL CORPORATION,
FANNIE MAE, FREDDIE MAC, GMAC-RCF
HOLDING COMPANY, LLC d/b/a/ GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO.,
WASHINGTON MUTUAL BANK, and
WELLS FARGO & COMPANY

> **TO:**    **Freddie Mac**
> **c/o Delaware Secretary of State**
> **401 Federal Street, Suite 4**
> **Dover, DE 19901**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

> Carmella P. Keener, Esquire
> Rosenthal, Monhait & Goddess, P.A.
> P. O. Box 1070
> Wilmington, DE 19899-1070

an answer to the amended class action complaint which is herewith served upon you, within _____20_____
days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the amended class action complaint. You must also
file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 1 3 2007

PETER T. DALLEO

_____
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Amended Class Action Complaint was made by me[1] | DATE _11-13-07_ |
| NAME OF SERVER (PRINT) _ANDREW SMITH_ | TITLE _COURIER_ |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and amended class action complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Served Freddie Mac, by serving the Delaware Secretary of State, 401 Federal Street, Suite 4, Dover, DE 19901; copies thereof were accepted by_ _Deborah Croom_ _, who was authorized to receive service on its behalf.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11-13-07_
　　　　Date

_____
Signature of Server

_800 King St, Wilm DE 19801_
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.