IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiffs,<br>vs.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>                Defendants. | Case No. 07-568-***<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF PROCESS

TO:    Freddie Mac
           Corporate Headquarters
           8200 Jones Branch Drive
           McLean, VA 22102-3110

PLEASE TAKE NOTICE that:

A Summons and Amended Complaint have been served upon the Secretary of State as your agent, in accordance with 10 Del. C. §3104.

A copy of the summons and amended complaint are enclosed. Service of the summons and amended complaint upon the Secretary of State is as effectual to all intents and purposes as if it had been made upon you, a non-resident, personally within this State.

A copy of the pertinent statute, 10 Del. C. §3104 is also enclosed.

PLEASE TAKE FURTHER NOTICE that, as a consequence of the foregoing, you are now a defendant in a lawsuit in the United States District Court for the District of Delaware (located in Wilmington, Delaware), and that you and/or an attorney acting on your behalf must file a response to the amended complaint, serving a copy on the undersigned counsel for the plaintiff, on or before December 4, 2007 (10 Del. C. §3104(h)).

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
Citizens Bank Center
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorneys for Plaintiffs*
*Jose Trevino and Lorry S. Trevino*

DATED: November 14, 2007

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on November 14, 2007, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send notification of such filing to the following:

>Kevin F. Brady, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street, 8th Floor
>Wilmington, DE 19899

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>Rosenthal, Monhait & Goddess, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorneys for Plaintiffs*
>*Jose Trevino and Lorry S. Trevino*