IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO,
Individually and On Behalf Of All Others
Similarly Situated,

Plaintiffs,

vs.

MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., CITIGROUP INC., COUNTRYWIDE
FINANCIAL CORPORATION, FANNIE MAE,
FREDDIE MAC, GMAC-RFC HOLDING
COMPANY, LLC d/b/a GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO.,
WASHINGTON MUTUAL BANK, and WELLS
FARGO & COMPANY,

Defendants.

Case No. 07-568-***

JURY TRIAL DEMANDED

## NOTICE OF SERVICE OF PROCESS

TO:    Fannie Mae
       Corporate Headquarters
       3900 Wisconsin Avenue, NW
       Washington, DC 20016-2892

PLEASE TAKE NOTICE that:

A Summons and Amended Complaint have been served upon the Secretary of State as

your agent, in accordance with 10 Del. C. §3104.

A copy of the summons and amended complaint are enclosed. Service of the summons

and amended complaint upon the Secretary of State is as effectual to all intents and purposes as if

it had been made upon you, a non-resident, personally within this State.

A copy of the pertinent statute, 10 Del. C. §3104 is also enclosed.

PLEASE TAKE FURTHER NOTICE that, as a consequence of the foregoing, you are now a defendant in a lawsuit in the United States District Court for the District of Delaware (located in Wilmington, Delaware), and that you and/or an attorney acting on your behalf must file a response to the amended complaint, serving a copy on the undersigned counsel for the plaintiff, on or before December 4, 2007 (10 Del. C. §3104(h)).

/s/ Carmella P. Keener

Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
Citizens Bank Center
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorneys for Plaintiffs*
*Jose Trevino and Lorry S. Trevino*

DATED: November 14, 2007

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on November 14, 2007, I electronically filed

with the Clerk of Court the foregoing document using CM/ECF which will send notification of

such filing to the following:

>   Kevin F. Brady, Esquire
>   Connolly Bove Lodge & Hutz LLP
>   The Nemours Building
>   1007 N. Orange Street, 8th Floor
>   Wilmington, DE 19899

>   */s/ Carmella P. Keener*
>   Carmella P. Keener (DSBA No. 2810)
>   Rosenthal, Monhait & Goddess, P.A.
>   919 N. Market Street, Suite 1401
>   P.O. Box 1070
>   Wilmington, DE 19899-1070
>   (302) 656-4433
>   ckeener@rmgglaw.com
>   *Attorneys for Plaintiffs*
>   *Jose Trevino and Lorry S. Trevino*