**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>         v.<br><br>Merscorp Inc., et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 07-00568 (***)<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Reed Smith LLP, by and through the undersigned, hereby enters its appearance in this action on behalf of defendant GMAC-RFC Holding Company, LLC, d/b/a GMAC Residential Funding Corporation.

                              REED SMITH LLP

                              /s/ Katharine V. Jackson
                              Katharine V. Jackson (Del. Id. No. 4800)
                              1201 Market Street
                              Suite 1500
                              Wilmington, Delaware 19801
                              (302) 778-7500

                              Attorneys for Defendant

Dated: November 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify on November 28, 2007 I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| **Carmella P. Keener** | **Kevin F. Brady** |
| Rosenthal, Monhait & Goddess, P.A. | Connolly, Bove, Lodge & Hutz |
| Mellon Bank Center, Suite 1401 | 1007 North Orange Street |
| P.O. Box 1070 | P.O. Box 2207 |
| 919 Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19899-1070 | (302) 658-9141 |
| (302) 656-4433 | kbrady@cblh.com |
| CKeener@rmgglaw.com | |

/s/ Katharine V. Jackson
Katharine V. Jackson (Del. Id. No. 4800)
Reed Smith, LLC
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

*Attorneys for Defendant GMAC –RFC Holding Company*

November 28, 2007