IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Merscorp Inc., et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  Case No. 07-00568 (***)<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF**
**HENRY F. REICHNER**

Katharine V. Jackson, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Henry F. Reichner, Esquire, of the law firm Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301, to represent GMAC –RFC Holding Company, LLC, d/b/a GMAC Residential Funding Corporation, in the above-captioned matter. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania, the State of New Jersey and the District of Columbia.

Dated: November 28, 2007        By: _/s/ Katharine V. Jackson_
                                                        Katharine V. Jackson (No. 4800)
                                                        REED SMITH LLP
                                                        1201 Market Street, Suite 1500
                                                        Wilmington, DE 19801
                                                        Phone: (302) 778-7500
                                                        Facsimile: (302) 778-7575
                                                        E-mail: kjackson@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, the State of New Jersey and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: November 27, 2007

By: /s/ Henry F. Reichner
Henry F. Reichner, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8266
Facsimile: (215) 851-1420
E-mail: hreichner@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Merscorp Inc., et al.,<br><br>　　　　Defendants. | Case No. 07-00568 (***) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF HENRY F. REICHNER**

　　　IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Henry F. Reichner is granted.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J.

## CERTIFICATE OF SERVICE

I hereby certify on November 28, 2007 I electronically filed the foregoing Motion for Admission Pro Hac Vice of Henry F. Reichner, Esq. with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Carmella P. Keener**
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
(302) 656-4433
CKeener@rmgglaw.com

**Kevin F. Brady**
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
kbrady@cblh.com

/s/ Katharine V. Jackson
Katharine V. Jackson (Del. Id. No. 4800)
Reed Smith, LLC
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

*Attorneys for Defendant GMAC –RFC Holding Company*

November 28, 2007