IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERSCORP, INC., *et al.*,<br><br>    Defendants. | Case No. 07-568-***<br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF CARMELLA P. KEENER, ATTORNEY FOR PLAINTIFFS
IN ACCORDANCE WITH 10 DEL. C. §3104**

STATE OF DELAWARE         )
                          ) SS.
NEW CASTLE COUNTY         )

BE IT REMEMBERED that on this 4th day of December, 2007, personally appeared before me, the Subscriber, a Notary Public for the State of Delaware, Carmella P. Keener, Esquire, who after being by me duly sworn according to law, did depose and say as follows:

1. I am an attorney at law, and counsel of record for the plaintiffs in this action.

2. This affidavit is submitted, along with its supporting exhibits, in compliance with 10 Del. C. §3104.

3. After service upon the Secretary of State, and as provided by statute, on November 14, 2007, I caused to be sent a copy of the Amended Complaint, with the notice required by statute, to the following defendants:

Fannie Mae
Corporate Headquarters
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

Freddie Mac
Corporate Headquarters
8200 Jones Branch Drive
McLean, VA 22102-3110

Washington Mutual Bank
Corporate Headquarters
1301 Second Avenue
Seattle, WA 98101

4. The notice required by 10 Del. C. §3104 was contained in said registered letters.

5. The receipts obtained at the time of mailing by the person mailing the envelopes containing the notices are attached hereto at Exhibit A.

6. On November 16, 2007, the aforesaid registered letter directed to Freddie Mac was delivered and signed for by H. Abdel, as shown on the return receipt from the United States Postal Service attached at Exhibit B.

7. As demonstrated on the tracking confirmation and return receipt attached hereto at Exhibit C, the aforesaid registered letter directed to Fannie Mae was delivered on November 19, 2007.

8. Though the undersigned has not yet received a return receipt for the aforesaid mailing to Washington Mutual Bank, the tracking confirmation obtained from the U.S. Postal Service website, and attached hereto at Exhibit D, demonstrates such mailing was delivered on November 20, 2007.

*Carmella P. Keener*
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

SWORN TO AND SUBSCRIBED before me this 4th day of December, 2007.

*Jody L. Shipley*
NOTARY PUBLIC
My Commission Expires: Oct. 26, 2010

JODY L. SHIPLEY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 26, 2010

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on December 4, 2007, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send notification of such filing to the following:

    Kevin F. Brady, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 N. Orange Street, 8th Floor
    Wilmington, DE 19899

    Katharine V. Jackson, Esquire
    Reed Smith LLP
    1201 Market Street
    Suite 1500
    Wilmington, DE 19801

    /s/ Carmella P. Keener
    Carmella P. Keener (DSBA No. 2810)
    Rosenthal, Monhait & Goddess, P.A.
    919 N. Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19899-1070
    (302) 656-4433
    ckeener@rmgglaw.com
    *Attorneys for Plaintiffs*
    *Jose Trevino and Lorry S. Trevino*

# EXHIBIT A





| Registered No. RB121172817US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | $9.50 | | |
| Handling Charge | $0.00 | Return Receipt $2.15 | WILMINGTON E. RODNEY SQ. 19801 NOV 14 11/14/07 USPS |
| Postage | $10.55 | Restricted Delivery $0.00 | |
| Received by | KB | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |

19801  OFFICIAL USE

FROM: Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899-1070

TO: Washington Mutual Bank
1301 Second Avenue
Seattle, WA 98101

PS Form 3806, Receipt for Registered Mail     Copy 1 - Customer
May 2004 (7530-02-000-9051)                   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  /n | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>H. ABDEL | C. Date of Delivery<br>11-16-07 |
| 1. Article Addressed to:<br><br>Freddie Mac<br>8200 Jones Branch Dr<br>McLean, VA 22102-3110 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)   RB 121 172 825 US | | |

PS Form 3811, February 2004          Domestic Return Receipt                               102595-02-M-154

# EXHIBIT C


**UNITED STATES POSTAL SERVICE**®

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **RB12 1172 803U S**
Status: **Delivered**

Your item was delivered at 2:50 PM on November 19, 2007 in WASHINGTON, DC 20016.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fannie Mae
   Corporate Headquarters
   3900 Wisconsin Ave., N.W.
   Washington, DC 20016-2892

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   RB 121 172 803 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

# EXHIBIT D



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **RB12 1172 817U S**
Status: **Delivered**

Your item was delivered at 10:08 AM on November 20, 2007 in SEATTLE, WA 98101.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do