IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 07-568 *** ) |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Klehr, Harrison, Harvey, Branzburg & Ellers LLP and Kelly A. Green on behalf of defendant JP Morgan Chase & Co.

Dated: December 21, 2007    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP


By:    /s/ David S. Eagle
      David S. Eagle (Bar No. 3387)
      Kelly A. Green (Bar No. 4095)
      919 Market Street, Suite 1000
      Wilmington, DE 19801
      (302) 552-5508 (phone); (302) 426-9193 (fax)
      deagle@klehr.com; kgreen@klehr.com

*Attorneys for JP Morgan Chase & Co.*

DEL1 67522-1

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**VIA ELECTRONIC FILING**

Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, Delaware 19801
Telephone:    (302) 656-4433
ckeener@mmrmgglaw.com

Kevin F. Brady, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:    (302) 658-9141
kbrady@cblh.com

Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Telephone:    (302) 778-7500
kjackson@reedsmith.com

Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:    (302) 658-6541
herrmann@rlf.com

**VIA U.S. MAIL**

Kenneth J. Nachbar, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:    (302) 351-9294
knachbar@mnat.com

John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone:    (302) 571-6712
jdorsey@ycst.com

_/s/ Kelly A. Green_
Kelly A. Green (DE Bar No. 4095)

DEL1 67522-1