IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-568 \*\*\*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF LEANN PEDERSEN POPE, ESQUIRE PRO HAC VICE

David S. Eagle (the "Movant"), a member in good standing of the bar of the State of Delaware, an attorney admitted to practice before the United States District Court for the District of Delaware and a partner of the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby moves this Court to enter an order permitting LeAnn Pedersen Pope of Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, 22nd Floor, Chicago, Illinois 60611, to practice pro hac vice before this Court to act as co-counsel to represent Defendant JPMorgan Chase & Co. in the above-captioned action, pursuant to Local District Court Rule 83.5(c). In support of this motion, the Movant respectfully represents as follows:

1. LeAnn Pedersen Pope is a member in good standing of the Bar of the State of Illinois.

2. Ms. Pedersen Pope does not reside in Delaware; is not regularly employed in Delaware; and is not regularly engaged in business, professional, or other similar activities in Delaware.

3. Pursuant to Local District Court Rule 83.5(d), Ms. Pedersen Pope has become associated with Movant, who is a member of this Court and who maintains an office in the District of Delaware for the regular transaction of business.

4. Pursuant to Local District Court Rule 83.6(i), attached hereto as Exhibit "A" is the certificate of Ms. Pedersen Pope.

5. Movant respectfully requests that the Court grant this motion so that Ms. Pedersen Pope can appear and be heard at any hearings with respect to the above-captioned action.

**WHEREFORE**, Movant respectfully requests that the Court enter an order, in the form filed concurrently herewith, permitting LeAnn Pedersen Pope, Esquire to appear <u>pro hac vice</u> in association with the Movant as co-counsel to JPMorgan Chase & Co. in the above-captioned action, and granting such other further relief as the Court deems just and proper.

DEL1 67523-1

Dated: December 21, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: ___*/s/ David S. Eagle*___

David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
deagle@klehr.com
kgreen@klehr.com
*Attorneys for JPMorgan Chase & Co.*

DEL1 67523-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERSCORP, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-568 ***<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT A - CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 21, 2007

                   LeAnn Pedersen Pope
                   Burke, Warren, MacKay & Serritella, P.C.
                   330 North Wabash Avenue, 22nd Floor
                   Chicago, Illinois 60611-3607
                   Telephone: (312) 840-7000
                   Facsimile: (312) 840-7900
                   lpope@burkelaw.com

DEL1 67523-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07-568 \*\*\*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission of LeAnn Pedersen Pope *pro hac vice* is granted on this _____ day of December, 2007.

 

_____
United States District Judge

DEL1 67523-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**VIA ELECTRONIC FILING**

Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, Delaware 19801
Telephone:   (302) 656-4433
ckeener@mmrmgglaw.com

Kevin F. Brady, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:   (302) 658-9141
kbrady@cblh.com

Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Telephone:   (302) 778-7500
kjackson@reedsmith.com

Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:   (302) 658-6541
herrmann@rlf.com

**VIA U.S. MAIL**

Kenneth J. Nachbar, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:   (302) 351-9294
knachbar@mnat.com

John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone:   (302) 571-6712
jdorsey@ycst.com

Kelly A. Green (DE Bar No. 4095)

DEL1 67523-1