# United States District Court

_____ DISTRICT OF DELAWARE _____

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MERSCORP, INC.,<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION,<br>FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING<br>COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION,<br>HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO.,<br>WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>　　　　　　　　　Defendants. | **ALIAS SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:07-cv-568-*** |

　　**TO:**　Freddie Mac
　　　　　c/o David J. Baldwin, Esquire[1]
　　　　　Potter, Anderson & Corroon LLP
　　　　　1313 N. Market Street
　　　　　P.O. Box 951
　　　　　Wilmington, DE 19899-0951

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

　　　　　Carmella P. Keener, Esquire
　　　　　Rosenthal, Monhait & Goddess, P.A.
　　　　　919 N. Market Street, Suite 1401
　　　　　P. O. Box 1070
　　　　　Wilmington, DE 19899-1070

an answer to the amended complaint which is herewith served upon you, within _____20_____ days after service of this alias summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEC 2 7 2007

CLERK　~~PETER T. DALLEO~~　　　　　　　　　　　DATE

_(signature)_

(BY) DEPUTY CLERK

---

[1] By consent.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Alias Summons and Amended Complaint was made by me[1] | 12/27/07 |
| NAME OF SERVER (PRINT)  Joel Martin | TITLE  Courier |

Check one box to indicate appropriate method of service:

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify): __Freddie Mac c/o David J. Baldwin, Esquire (by consent),__
__Potter, Anderson & Corroon LLP, 1313 N. Market Street, P.O. Box 951,__
__Wilmington, DE  19899-0951__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/27/07__
   Date

Signature of Server

__800 King St. Wilmington DE 19801__
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.