IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | C.A. No. 07-568*** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK and WELLS FARGO & COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lucia Nale, Mayer Brown LLP, 71 South Wacker Drive, Chicago, IL 60606 to represent defendant Citigroup Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)]
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendant Citigroup Inc.

Dated: January 4, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Dated: _____          _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: January 3 , 2008

Lucia Nale
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-7074

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2008, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF which will send notification of such

filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

Kevin F. Brady
Jeremy Anderson
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

David J. Baldwin
Potter, Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

John T. Dorsey
Erin Edwards
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  0391

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

David S. Eagle
Kelly A. Green
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE  19801

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)