IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK and WELLS FARGO & COMPANY,<br><br>Defendants. | Case No. 07-568-*** |

## STIPULATION AND ORDER

WHEREAS, certain defendants have indicated that they intend to file motions to dismiss the complaint in this action,

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to approval of the Court, as follows:

1. Defendant Merscorp, Inc. shall file its motion to dismiss, and its opening brief in support thereof, on or before January 29, 2008.

2. Defendants other than Merscorp, Inc. shall file their responsive pleadings, including any motions to dismiss, and their opening brief(s) in support thereof, on or before February 15, 2008. The defendants other than Merscorp, Inc. that file motions to dismiss shall confer and attempt to file a single brief if possible, and not to repeat arguments made by Merscorp, Inc. in its opening brief.

3. Plaintiffs' answering brief shall be filed on or before April 18, 2008.

    4.  Defendants' reply brief(s) shall be filed on or before May 23, 2008.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | CONNOLLY, BOVE, LODGE & HUTZ |
| /s/ Carmella P. Keener<br>Carmella P. Keener (#2810)<br>919 North Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br> Attorneys for Plaintiffs | /s/ Kevin F. Brady<br>Kevin F. Brady (#2248)<br>Jeremy D. Anderson (#4515)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br> Attorneys for Defendants Merscorp, Inc. and Mortgage Electronic Registration |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLC | POTTER ANDERSON & CORROON LLP |
| /s/ Kenneth J. Nachbar<br>Kenneth J. Nachbar (#2067)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br> Attorneys for Defendant Citigroup, Inc. | /s/ David E. Moore<br>David J. Baldwin (#1010)<br>Peter J. Walsh, Jr. (#2437)<br>David E. Moore (#3983)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6140<br> Attorneys for Defendant Freddie Mac |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | REED SMITH LLP |
| /s/ John T. Dorsey<br>John T. Dorsey (#2988)<br>Erin Edwards (#4392)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6712<br> Attorneys for Defendant Fannie Mae | /s/ Katharine V. Jackson<br>Katharine V. Jackson (#4800)<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7500<br> Attorneys for Defendant GMAC-RFC Holding Company, LLC, d/b/a GMAC Residential Funding Corporation |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS |

_For_ _____ 3985

Stephen E. Herrmann (#691)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
   Attorneys for Defendant HBSC Finance
Corporation

/s/ David S. Eagle
David S. Eagle (#3387)
Kelly A. Green (#4095)
919 Market Street
Suite 1000
Wilmington, DE 19801
(302) 426-1189
   Attorneys for Defendant JP Morgan
Chase & Co.

BAYARD, P.A.

/s/ Richard D. Kirk
Richard D. Kirk (#922)
Steven B. Brauerman (#4952)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
Telephone: (302) 655-5000
   Attorneys for Defendants Countrywide
Financial Corporation,
   Washington Mutual Bank, and
   Wells Fargo & Company

SO ORDERED this ____ day of _____, 2008.

_____
Judge