IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK and WELLS FARGO & COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-568-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appear as counsel for defendant Fannie Mae in this matter. The undersigned counsel requests that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter:

Jill L. Murch, Esquire
William J. McKenna, Esquire
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
Phone: (312) 832-4522
Facsimile: (312) 832-4700
Email: JMurch@foley.com
Email: WMcKenna@foley.com

John T. Dorsey, Esquire
Erin Edwards, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: (302) 571-6712
Facsimile: (302) 576-3401
Email: jdorsey@ycst.com
Email: eedwards@ycst.com

Dated: January 15, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John J. Dorsey

John J. Dorsey, Esquire (No. 2988)
Erin Edwards, Esquire (No. 4392)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: (302) 571-6712
Facsimile: (302) 576-3401
Email: jdorsey@ycst.com
Attorneys for Defendant Fannie Mae

## CERTIFICATE OF SERVICE

I, John T. Dorsey, Esquire, hereby certify that on this 15 day of January 2008, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Kevin F. Brady (kbrady@cblh.com)
Kenneth J. Nachbar (knachbar@mnat.com)
Stephen E. Herrmann (herrmann@rlf.com)
Carmella P. Keener (CKeener@rmgglaw.com)
David S. Eagle (deagle@klehr.com)
Kelly A. Green (kgreen@klehr.com)
Katharine V. Jackson (kjackson@reedsmith.com)
Jeffrey M. Norton (jnorton@hfesq.com)

I further certify that I have served the parties listed on the service list, attached hereto as Exhibit A, in the manner indicated.

John T. Dorsey

**Exhibit A**

Mr. David J. Baldwin, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza 1313 North Market Street, 6th Floor
Wilmington, DE 19801
(Freddie Mac)
*Hand Delivery*

Mr. Kevin F. Brady, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(MERS, Inc. & MERSCORP, Inc.)
*Hand Delivery*

Mr. David S. Eagle, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Ms. Kelly A. Green, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Mr. Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(HSBC)
*Hand Delivery*

Ms. Kate V. Jackson, Esq.
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE 19801
(GMAC/RFC)
*Hand Delivery*

Ms. Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
(Jose Trevino and Lorry S. Trevino)
*Hand Delivery*

Mr. William J. McKenna, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Ms. Jill L. Murch, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Mr. Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Citigroup, Inc.)
*Hand Delivery*

2