IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK and WELLS FARGO & COMPANY,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 07-568-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William J. McKenna, Esquire, Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60610 to represent defendant Fannie Mae in this matter.

　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　_/s/ John T. Dorsey_
　　　　　　　　　　　　　　　　　　John T. Dorsey, Esquire (No. 2988)
　　　　　　　　　　　　　　　　　　Erin Edwards, Esquire (No. 4392)
　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0391
　　　　　　　　　　　　　　　　　　Phone: (302) 571-6712
　　　　　　　　　　　　　　　　　　Facsimile: (302) 576-3401
　　　　　　　　　　　　　　　　　　Email: jdorsey@ycst.com
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Fannie Mae

Dated: January 16, 2008

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                              United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing this motion.

Date: January 15, 2008

William J. McKenna, Esquire
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
Phone: (312) 832-4541
Facsimile: (312) 832-4700
Email: WMcKenna@foley.com

## CERTIFICATE OF SERVICE

I, John T. Dorsey, Esquire, hereby certify that on this 16 day of January 2008, I caused a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Kevin F. Brady (kbrady@cblh.com)
Kenneth J. Nachbar (knachbar@mnat.com)
Stephen E. Herrmann (herrmann@rlf.com)
Carmella P. Keener (CKeener@rmgglaw.com)
David S. Eagle (deagle@klehr.com)
Kelly A. Green (kgreen@klehr.com)
Katharine V. Jackson (kjackson@reedsmith.com)
Jeffrey M. Norton (jnorton@hfesq.com)

I further certify that I have served the parties listed on the service list, attached hereto as Exhibit A, in the manner indicated.

_____
John T. Dorsey

## Exhibit A

Mr. David J. Baldwin, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza 1313 North Market Street, 6th Floor
Wilmington, DE 19801
(Freddie Mac)
*Hand Delivery*

Mr. David S. Eagle, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Mr. Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(HSBC)
*Hand Delivery*

Ms. Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
(Jose Trevino and Lorry S. Trevino)
*Hand Delivery*

Ms. Jill L. Murch, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Mr. Kevin F. Brady, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(MERS, Inc. & MERSCORP, Inc.)
*Hand Delivery*

Ms. Kelly A. Green, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Ms. Kate V. Jackson, Esq.
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE 19801
(GMAC/RFC)
*Hand Delivery*

Mr. William J. McKenna, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Mr. Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Citigroup, Inc.)
*Hand Delivery*

2