IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP, INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY<br><br>Defendants | Civil Action No. 07-568 **** |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as counsel for defendants Countrywide Financial Corporation, Washington Mutual Bank and Wells Fargo & Company.

January 16, 2008

BAYARD, P.A.

<u>/s/ Richard D. Kirk (rk0922)</u>
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants,
COUNTRYWIDE FINANCIAL
CORPORATION, WASHINGTON
MUTUAL BANK, WELLS FARGO &
COMPANY

{00725235;v1}

OF COUNSEL:

Scott B. Nardi, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC  200001
(202) 346-4117

{00725235;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 16, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener, Esquire
Rosenthal, Monhait, Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070

Kevin F. Brady
Connolly Bove, Lodge & Hutz
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

David S. Eagle
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

Kelly A. Green
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

The undersigned counsel further certifies that, on January 16, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Robert I. Harwood, Esquire
Jeffrey M. Norton, Esquire
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

Matthew S. Chase, Esquire
The Chase Law Firm, PC
8123 Delmar Blvd.,
University City, MO 63130-3729

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00725240;v1}