## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

v.

MERSCORP, INC. and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., CITIGROUP, INC., COUNTRYWIDE
FINANCIAL CORPORATION, FANNIE MAE,
FREDDIE MAC, GMAC-RFC HOLDING
COMPANY, LLC d/b/a GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO,
WASHINGTON MUTUAL BANK, and WELLS
FARGO & COMPANY,

      Defendants.

C.A. No. 07-568-***

### DEFENDANTS MERSCORP INC.'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc., through its undersigned counsel, hereby move to dismiss Plaintiffs' Amended Complaint (D.I. 10) pursuant to Federal Rule of Civil Procedure 12(b)(6). The bases for this Motion are set forth in the accompanying Opening Brief in Support of Defendants MERSCORP, Inc.'s and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss. Attached is a proposed form of Order for the Court's consideration.

              CONNOLLY BOVE LODGE & HUTZ LLP

              */s/ Kevin F. Brady*
              Kevin F. Brady
              Jeremy D. Anderson
              CONNOLLY BOVE LODGE & HUTZ LLP
              The Nemours Building
              1007 N. Orange Street
              P.O. Box 2207
              Wilmington, DE  19899

              Attorneys for Defendants MERSCORP, Inc. and
              Mortgage Electronic Registration Systems, Inc.

OF COUNSEL
Robert M. Brochin
Sean M. O'Neill
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO,
individually and on behalf of all others similarly
situated,

       Plaintiffs,

v.

MERSCORP, INC. and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., CITIGROUP, INC., COUNTRYWIDE
FINANCIAL CORPORATION, FANNIE MAE,
FREDDIE MAC, GMAC-RFC HOLDING
COMPANY, LLC d/b/a GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO,
WASHINGTON MUTUAL BANK, and WELLS
FARGO & COMPANY,

       Defendants.

C.A. No. 07-568-***

## **ORDER**

After consideration of the respective positions of the parties,

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Defendants MERSCORP, Inc.'s and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss is GRANTED, and that the Amended Complaint (D.I. 10) is hereby dismissed against Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. in its entirety and with prejudice.

                                              _____
                                              United States District Court Judge

**CERTIFICATE OF SERVICE**

       I hereby certify on January 29, 2008, I electronically filed the foregoing *Defendant MERS' Motion to Dismiss Plaintiffs' Class Action Complaint and Memorandum of Law* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> Mellon Bank Center, Suite 1401
> P.O. Box 1070
> 919 Market Street
> Wilmington, DE 19899-1070
> ckeener@rmgglaw.com
> *Counsel for Plaintiff*
>
> Jeffrey M. Norton, Esq.
> *Admitted Pro Hac Vice*
> Robert I. Harwood, Esq.
> HARWOOD FEFFER LLP
> 488 Madison Avenue
> New York, NY 10022
> Tel: (212) 935-7400
> Fax: (212) 753-3630
> rharwood@hfesq.com
> jnorton@hfesq.com
> *Of Counsel for Plaintiff*
>
> Kenneth J. Nachbar
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18th Floor
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> T: (302) 351-9294
> F: (302) 658-3989
> knachbar@mnat.com
> *Counsel for Defendant Citigroup Inc.*

> Katharine V. Jackson
> Reed Smith LLP
> 1201 Market Street
> Suite 1500
> Wilmington, DE 19801
> T: (302) 778-7500
> F: (302) 778-7575
> kjackson@reedsmith.com
> *Counsel for Defendant GMAC-RFC Holding Company, LLC*
>
> Stephen E. Herrmann
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> T: (302) 658-6541
> F: (302) 651-7701
> herrmann@rlf.com
> *Counsel for Defendant HSBC Finance Corporation*
>
> David S. Eagle
> Kelly A. Green
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE 19801
> T: (302) 426-1189
> F: (302) 426-9193
> deagle@klehr.com
> kgreen@klehr.com
> *Counsel for Defendant JP Morgan Chase & Co.*

I further certify that a copy of the foregoing document and the notice of electronic filing was sent by [U.S. Mail] to the following non-CM/ECF participants:

> Matthew S. Chase, Esq.
> THE CHASE LAW FIRM, PC
> 8123 Delmar Boulevard
> University City, MO 63130-3729
> Tel: (314) 726-4040
> Fax: (314) 726-6543
> matthew@chaselawpc.com
> *Of Counsel for Plaintiff*

Thomas Hefferon
Scott Nardi
Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001
T: (202) 346-4000
F: (202)-346-4444
thefferon@goodwinprocter.com
snardi@goodwinprocter.com
*Counsel for Defendants Washington Mutual Bank, Countrywide Financial Corporation, and Wells Fargo & Company*

Richard D. Kirk
The Bayard Firm
222 Delaware Ave.
Suite 900
P.O. Box 25130
Wilmington, DE 19899
T: (302) 655-5000
F: (302) 658-6395
rkirk@bayardfirm.com
*Counsel for Defendants Washington Mutual Bank, Countrywide Financial Corporation, and Wells Fargo & Company*

Lucia Nale
Thomas V. Panoff
Mayer, Brown
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 706-0600
F: (312) 701-7711
lnale@mayerbrown.com
tpanoff@mayerbrown.com
*Counsel for Defendant Citigroup Inc.*

John Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
T: (302) 571-6600
F: (302) 571-1253
jdorsey@ycst.com
*Counsel for Defendant Fannie Mae*

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
T: 312.832.4541
F: 312.832.4700
WMcKenna@foley.com
jmurch@foley.com
*Counsel for Defendant Fannie Mae*

David Baldwin
Peter J. Walsh Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801
T: (302) 984-6017
F: (302) 658-1192
dbaldwin@potteranderson.com
pwalsh@potteranderson.com
dmoore@potteranderson.com
*Counsel for Defendant Freddie Mac*

Henry Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
T: (215) 851-8100
F: (215) 851-1420
hreichner@reedsmith.com
*Counsel for Defendant GMAC-RFC Holding Company, LLC*

Irene Freidel
Bruce Allensworth
K&LGates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
T: (617) 951-9154
F: (617).261-3175
bruce.allensworth@klgates.com
irene.freidel@klgates.com
*Counsel for Defendant HSBC Finance Corporation*

LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue
22nd Floor
Chicago, Illinois  60611
T: (312) 840-7013
F: (312) 840-7900
lpope@burkelaw.com
dszukala@burkelaw.com
*Counsel for Defendant JP Morgan Chase & Co.*

                                              */s/ Kevin F. Brady*
                                              Kevin F. Brady (No. 2248)