IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Merscorp Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 07-00568 (JJF) |

## ORDER

**WHEREAS**, defendant GMAC-RFC Holding Company, LLC ("GMAC") having moved to dismiss all claims against it in the above-captioned action, and good cause having been shown;

**IT IS HEREBY ORDERED**, this _____ day of _____, 2008, that GMAC's Motion to Dismiss is **GRANTED** and the above-captioned action is hereby **DISMISSED** with prejudice against GMAC.

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Merscorp Inc., et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 07-00568 (JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT GMAC-RFC HOLDING COMPANY, LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant GMAC-RFC Holding Company, LLC ("GMAC") hereby moves to dismiss with prejudice the Amended Complaint filed in the above-captioned action (D.I. 10). The grounds for this motion are set forth fully in the opening brief filed by GMAC concurrently herewith.

/s/ Katharine V. Jackson
Katharine V. Jackson (No. 4800)
**REED SMITH LLP**
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kjackson@reedsmith.cmo

- 2 -

                                       **Of Counsel:**

                                       Henry F. Reichner, Esquire
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8266
Facsimile: (215) 851-1420
E-mail: hreichner@reedsmith.com
Admitted pro hac vice

*Attorneys for Defendant GMAC Residential Holding Company, LLC*

Dated: February 15, 2008

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORI S. TREVINO, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>Merscorp Inc., et al.,<br><br>           Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 07-00568 (JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 15, 2008, true and correct copies of the foregoing proposed Order and Defendant GMAC-RFC Holding Company, LLC's Motion to Dismiss were served via e-mail upon the following counsel:

Robert M. Brochin
Sean M. O'Neill
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
rbrochin@morganlewis.com
so'neill@morganlewis.com

David S. Eagle
Kelly A. Green
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
deagle@klehr.com
kgreen@klehr.com

Jeffrey M. Norton, Esq.
Robert I. Harwood, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
jnorton@hfesq.com
rharwood@hfesqu.com

Matthew S. Chase, Esq.
The Chase Law Firm, PC
8123 Delmar Boulevard
University City, MO 63130-3729
matthew@chaselawpc.com

Kenneth J. Nachbar
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
knachar@mnat.com

Thomas Hefferon
Scott Nardi
Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001
thefferson@goodwinproctor.com
snardi@goodwinproctor.com

John Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jdorsey@ycst.com

Richard D. Kirk
Bayard, P.A.
222 Delaware Ave.
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
herrmann@rlf.com

Lucia Nale
Thomas V. Panoff
Mayer, Brown
71 S. Wacker Drive
Chicago, IL 60606
lnale@mayerbrown.com
tpanoff@mayerbrown.com

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
wmckenna@foley.com
jmurch@foley.com

Irene Freidel
Bruce Allensworth
K&LGates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
bruce.allensworth@klgates.com
irene.freidel@klgates.com

David Baldwin
Peter J. Walsh Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801
dbaldwin@potteranderson.com
pwalsh@potteranderson.com
dmoore@potteranderson.com

LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611
lpope@burkelaw.com
dszukala@burkelaw.com

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
ckeener@rmgglaw.com

Kevin F. Brady
Jeremy D. Anderson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
kbrady@cblh.com
janderson@cblh.com

/s/ Katharine V. Jackson
Katharine V. Jackson (No. 4800)