IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP, INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY<br><br>Defendants | Civil Action No. 07-568 JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas M. Hefferon and Scott B. Nardi of Goodwin Procter LLP to represent Countrywide Financial Corporation, Washington Mutual Bank, and Wells Fargo & Company, in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

{00739244;v1}

February 15, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendants,
COUNTRYWIDE FINANCIAL
CORPORATION, WASHINGTON
MUTUAL BANK, WELLS FARGO &
COMPANY

OF COUNSEL:

Thomas M. Hefferon, Esquire
Scott B. Nardi, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 200001
(202) 346-4117

SO ORDERED, this _____ day of February, 2008.

_____
United States District Judge

{00739244;v1}

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: February 14, 2008

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue, N.W.
9th Floor East
Washington, DC 20001
(202) 346-4000
thefferon@goodwinprocter.com

*Counsel for Countrywide Financial Corp., Washington Mutual Bank, and Wells Fargo & Co.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: February 13, 2008

/s/ Scott B. Nardi
Scott B. Nardi
Goodwin Procter LLP
901 New York Avenue, N.W.
9th Floor East
Washington, DC 20001
(202) 346-4000
snardi@goodwinprocter.com

*Counsel for Countrywide Financial Corp., Washington Mutual Bank, and Wells Fargo & Co.*

{00717626;v1}


## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal, Monhait, Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070

Kevin F. Brady
Connolly Bove, Lodge & Hutz
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

David S. Eagle
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

John T. Dorsey
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Kenneth J. Nachbar
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

The undersigned counsel further certifies that, on February 15, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Robert M. Brochin<br>Sean M. O'Neill<br>Morgan Lewis & Bockius LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2339 | Jeffrey M. Norton<br>Robert I. Harwood<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Matthew S. Chase<br>The Chase Law Firm, PC<br>8123 Delmar Boulevard<br>University City, MO 63130-3729 | Henry F. Reichner<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Lucia Nale<br>Thomas V. Panoff<br>Mayer Brown<br>71 S. Wacker Drive<br>Chicago, IL 60606 | William McKenna<br>Jill Murch<br>Foley & Lardner LLP<br>321 North Clark, Suite 2800<br>Chicago, IL 60610 |
| Irene Freidel<br>Bruce Allensworth<br>K&L Gates<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | LeAnn Pedersen Pope<br>Danielle Szukala<br>Burke, Warren, MacKay & Serritella<br>330 N. Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611 |

/s/ Richard D. Kirk (rk0922)
　　Richard D. Kirk

{00725240;v1}