IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WELLS FARGO & COMPANY,<br><br>        Defendants. | C.A. No. 07-568-JJF<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## FREDDIE MAC'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Freddie Mac moves to dismiss the Amended Complaint (D.I. 10) on the grounds set forth in the "Opening Brief of Defendant GMAC-RFC Holding Company, LLC, in Support of its Motion to Dismiss," and the "Opening Brief in Support of Motion to Dismiss Amended Complaint With Respect to Shareholder Defendants," both filed this date.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Wilma A. Lewis<br>Howard S. Lindenberg<br>Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102 | /s/ David J. Baldwin<br>David J. Baldwin (DE Bar No. 1010)<br>Peter J Walsh, Jr. (DE Bar No. 2437)<br>David E. Moore (DE Bar No. 3983)<br>Hercules Plaza, Sixth Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  dbaldwin@potteranderson.com<br>          pwalsh@potteranderson.com<br>          dmoore@potteranderson.com |
| Dated: February 15, 2008 | *Attorneys For Freddie Mac* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David J. Baldwin, hereby certify that on February 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

(Jose Trevino and Larry S. Trevino)
Carmella P. Keener, Esq.
**Rosenthal, Monhait & Goddess, P.A.**
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

(Merscorp, Inc. and Mortgage
Electronic Registration Systems, Inc.)
Kevin F. Brady, Esq.
**Connolly, Bove, Lodge & Hutz**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

(CitiMortgage, Inc.(Citigroup, Inc.))
Kenneth J. Nachbar (#2067)
**Morris, Nichols, Arsht & Tunnell LLC**
1201 No. Market Street, 18 Fl.
P.O. Box 1347
Wilmington, DE 19899-1347

(Fannie Mae)
John T. Dorsey, Esq.
Erin Edwards, Esq.
**Young, Conaway, Stargatt & Taylor LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

(GMAC-RFC Holding Company, LLC,
d/b/a GMAC Residential Funding
Corporation)
Katharine V. Jackson, Esq.
**Reed Smith LLP**
1201 Market Street
Suite 1500
Wilmington, DE 19801

(HBSC Finance Corporation)
Stephen E. Herrmann, Esq.
**Richards, Layton & Finger**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(JP Morgan Chase & Co.)
David S. Eagle, Esq.
Kelly A. Green, Esq.
**Klehr, Harrison, Harvey, Branzburg & Ellers**
919 Market Street
Suite 1000
Wilmington, DE 19801

(Washington Mutual Bank, Wells Fargo &
Company, Countrywide Financial
Corporation)
Richard D. Kirk
**The Bayard Firm**
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

*/s/ David J. Baldwin*

David J. Baldwin (DE Bar No. 1010)
Peter J. Walsh, Jr. (DE Bar No. 2437)
David E. Moore (DE Bar No. 3983)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: dmoore@potteranderson.com

*Attorneys For Freddie Mac*

848586