IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07-00568 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT HSBC FINANCE CORPORATION**

Defendant HSBC Finance Corporation, through counsel, pursuant to Fed. R. Civ. P. 7.1, discloses the following:

HSBC Finance Corporation (f/k/a Household International, Inc.) is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange.

_____
Stephen E. Herrmann (#691)
herrmann@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 658-6541

Of Counsel:
R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
K&L GATES LLP
One Lincoln Street
Boston, MA  02111
(617) 261-3100 (phone)
(617) 261-3175 (fax)
E-mail: bruce.allensworth@klgates.com
       irene.freidel@klgates.com
       brian.m.forbes@klgates.com

BOS-1167943 v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008 a true and correct copy of the foregoing were caused to be served by electronic service on the following counsel of record:

Richard D. Kirk
Bayard, P.A
222 Delaware Ave., Suite 900
Wilmington, DE 19899-5130

Kenneth J. Nachbar
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Carmella P. Keener
Rosenthal, Monhait & goddess, P.A.
Mellon Bank Centre, Suite 1401
919 Market Street
Wilmington, Delaware 19801

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, Delaware 19899

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

John T. Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Katharine V. Jackson
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)