IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiffs,<br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>          Defendants. | C.A. No. 07-568-JJF |

**MOTION TO DISMISS AMENDED COMPLAINT
WITH RESPECT TO SHAREHOLDER DEFENDANTS**

      Defendants Countrywide Financial Corporation, Washington Mutual Bank, Wells Fargo & Company, CitiMortgage, Inc., Fannie Mae, HSBC Finance Corporation, and JPMorgan Chase & Co (the "Shareholder Defendants") hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims of the Amended Class Action Complaint ("Amended Complaint") filed on November 6, 2007.

      As set forth more fully in the accompanying Brief in Support of Motion to Dismiss the Amended Complaint, dismissal of Plaintiffs' Amended Complaint is required because Plaintiffs have asserted no claims for direct liability as to the Shareholder Defendants and have alleged no legal basis to pierce the corporate veil and hold the Shareholder Defendants liable for the alleged actions of Mortgage Electronic Registration System, Inc. ("MERS"), the entity accused of

wrongdoing in the Amended Complaint. Accordingly, the Shareholder Defendants respectfully request that all claims of the Plaintiffs as to the Shareholder Defendants be dismissed with prejudice.

|  | BAYARD, P.A |
|---|---|
| **Of Counsel :** | /s/ Richard D. Kirk (rk0922) |
| Thomas M. Hefferon | Richard D. Kirk (No. 922) |
| Scott B. Nardi | Stephen B. Brauerman (No. 4952) |
| Goodwin Procter LLP | 222 Delaware Ave., Suite 900 |
| 901 New York Ave., NW | Wilmington, DE 19899-5130 |
| Washington, DC 20001 | (302) 655-5000 |
| (202) 346-4000 | rkirk@bayardlaw.com |
| thefferon@goodwinprocter.com | sbrauerman@bayardlaw.com |
| snardi@goodwinprocter.com |  |
|  | *Attorneys for Defendants Countrywide Financial Corp., Washington Mutual Bank, and Wells Fargo & Co.* |

|  | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| **Of Counsel:** | /s/ Stephen E. Herrman (sh0691) |
| Irene Freidel | Stephen E. Herrmann (No. 691) |
| Bruce Allensworth | One Rodney Square |
| K&LGates | P.O. Box 551 |
| State Street Financial Center | Wilmington, DE 19899 |
| One Lincoln Street | (302) 658-6541 |
| Boston, MA 02111-2950 | herrmann@rlf.com |
| (617) 951-9154 |  |
| bruce.allensworth@klgates.com | *Attorneys for Defendant HSBC Finance Corporation* |
| irene.freidel@klgates.com |  |

|  |  |
|---|---|
| **Of Counsel:**<br>William McKenna<br>Jill Murch<br>Foley & Lardner LLP<br>321 North Clark<br>Suite 2800<br>Chicago, IL 60610<br>(312) 832-4541<br>WMcKenna@foley.com<br>jmurch@foley.com | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>/s/ John T. Dorsey (jd2988)<br>John T. Dorsey (No. 2988)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jdorsey@ycst.com<br><br>*Attorneys for Defendant Fannie Mae* |
| **Of Counsel:**<br>LeAnn Pedersen Pope<br>Danielle Szukala<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash Avenue<br>22nd Floor<br>Chicago, Illinois 60611<br>(312) 840-7000<br>lpope@burkelaw.com<br>dszukala@burkelaw.com | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP<br><br>/s/ Kelly A. Green (de4095)<br>David S. Eagle (No. 3387)<br>Kelly A. Green (No. 4095)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 426-1189<br>deagle@klehr.com<br>kgreen@klehr.com<br><br>*Attorneys for Defendant JPMorgan Chase & Co.* |
| **Of Counsel:**<br>Lucia Nale<br>Thomas V. Panoff<br>Mayer, Brown<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 706-0600<br>lnale@mayerbrown.com<br>tpanoff@mayerbrown.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Kenneth J. Nachbar (kn2067)<br>Kenneth J. Nachbar (No. 2067)<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9294<br>knachbar@mnat.com<br><br>*Attorneys for Defendant Citigroup, Inc.* |

Dated: February 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) C.A. No. 07-568-JJF |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION TO DISMISS AMENDED COMPLAINT
WITH RESPECT TO SHAREHOLDER DEFENDANTS**

THIS MATTER having come before the Court on Countrywide Financial Corporation, Washington Mutual Bank, Wells Fargo & Company, CitiMortgage, Inc., Fannie Mae, HSBC Finance Corporation, and JPMorgan Chase & Co's (the "Shareholder Defendants") Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and based on the submissions of the parties, the arguments of counsel, and for other good cause having been shown, IT IS HEREBY ORDERED THAT:

The Shareholder Defendants' Motion to Dismiss is GRANTED. Accordingly, all claims of the Plaintiffs as to the Shareholder Defendants be dismissed with prejudice.

DATED: _____, 2008        _____
                                                              UNITED STATES DISTRICT JUDGE

{00739284;v1}

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on February 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait, Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, Delaware 19899-1070 | Kevin F. Brady<br>Connolly, Bove, Lodge & Hutz LLP<br>1007 North Orange Street<br>PO Box 2207<br>Wilmington, DE 19899 |
| Katharine V. Jackson<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | Stephen E. Herrmann<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| David S. Eagle<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | John T. Dorsey<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| David J. Baldwin<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 | Kenneth J. Nachbar<br>Morris Nichols Arsht & Tunnell LLP<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 |

The undersigned counsel further certifies that, on February 15, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

{00725240;v1}

| | |
|---|---|
| Robert M. Brochin<br>Sean M. O'Neill<br>Morgan Lewis & Bockius LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2339 | Jeffrey M. Norton<br>Robert I. Harwood<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Matthew S. Chase<br>The Chase Law Firm, PC<br>8123 Delmar Boulevard<br>University City, MO 63130-3729 | Henry F. Reichner<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Lucia Nale<br>Thomas V. Panoff<br>Mayer Brown<br>71 S. Wacker Drive<br>Chicago, IL 60606 | William McKenna<br>Jill Murch<br>Foley & Lardner LLP<br>321 North Clark, Suite 2800<br>Chicago, IL 60610 |
| Irene Freidel<br>Bruce Allensworth<br>K& L Gates<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | LeAnn Pedersen Pope<br>Danielle Szukala<br>Burke, Warren, MacKay & Serritella<br>330 N. Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00725240;v1}