**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, ) Individually and On Behalf Of All Others ) Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERSCORP, INC., MORTGAGE ) ELECTRONIC REGISTRATION ) SYSTEMS, INC., CITIGROUP INC., ) COUNTRYWIDE FINANCIAL ) CORPORATION, FANNIE MAE, ) FREDDIE MAC, GMAC-RFC HOLDING ) COMPANY, LLC d/b/a GMAC ) RESIDENTIAL FUNDING ) CORPORATION, HSBC FINANCE ) CORPORATION, JPMORGAN CHASE & ) CO, WELLS FARGO & COMPANY, )<br><br>Defendants. ) | C.A. No. 07-568-JJF<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1. DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, defendant Freddie Mac hereby discloses that it has

no parent corporation and that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Wilma A. Lewis
Howard S. Lindenberg
Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

POTTER ANDERSON & CORROON LLP

*David J Baldwin*

David J. Baldwin (DE Bar No. 1010)
Peter J Walsh, Jr. (DE Bar No. 2437)
David E. Moore (DE Bar No. 3983)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  dbaldwin@potteranderson.com
          pwalsh@potteranderson.com
          dmoore@potteranderson.com

Dated:  February 19, 2008

*Attorneys For Freddie Mac*