UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP, INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>      Defendants. | C.A. No. 07-cv-00568-JJF |

## DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND MERSCORP, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and MERSCORP, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby file their Corporate Disclosure Statement.

The name of the parent corporation that owns 10% or more of MERS' stock is MERSCORP, Inc. There is no publicly held corporation that owns 10% or more of MERS. MERSCORP, Inc. has no parent corporation and no publicly held corporation owns 10% or more of MERSCORP, Inc.'s stock.

                        CONNOLLY BOVE LODGE & HUTZ LLP

By:   /s/ Kevin F. Brady
      Kevin F. Brady (No. 2248)
      Jeremy D. Anderson (No. 4515)
      The Nemours Building
      1007 N. Orange Street
      P.O. Box 2207
      Wilmington, DE 19899
      302-658-9141
      kbrady@cblh.com
      janderson@cblh.com

*Attorneys for Defendants Mortgage Electronic RegistrationSystems, Inc. and MERSCORP Inc.*

OF COUNSEL:
Robert M. Brochin
Sean M. O'Neill
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
302-415-3000
rbrochin@morganlewis.com
so'neill@morganlewis.com

Dated: February 19, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify on February 19, 2008, I electronically filed the foregoing *Defendant MERS' and MERSCORP, Inc.'s Corporate Disclosure Statement* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> Mellon Bank Center, Suite 1401
> P.O. Box 1070
> 919 Market Street
> Wilmington, DE 19899-1070
> ckeener@rmgglaw.com
> *Counsel for Plaintiff*

> David Baldwin
> Peter J. Walsh Jr.
> David E. Moore
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street, 6th Floor
> Wilmington, DE 19801
> T: (302) 984-6017
> F: (302) 658-1192
> dbaldwin@potteranderson.com
> pwalsh@potteranderson.com
> dmoore@potteranderson.com
> *Counsel for Defendant Freddie Mac*

> Kenneth J. Nachbar
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18th Floor
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> T: (302) 351-9294
> F: (302) 658-3989
> knachbar@mnat.com
> *Counsel for Defendant Citigroup Inc.*

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
T: (302) 778-7500
F: (302) 778-7575
kjackson@reedsmith.com
*Counsel for Defendant GMAC-RFC Holding Company, LLC*

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
T: (302) 658-6541
F: (302) 651-7701
herrmann@rlf.com
*Counsel for Defendant HSBC Finance Corporation*

David S. Eagle
Kelly A. Green
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
T: (302) 426-1189
F: (302) 426-9193
deagle@klehr.com
kgreen@klehr.com
*Counsel for Defendant JP Morgan Chase & Co.*

/s/ Kevin F. Brady
Kevin F. Brady (No. 2248)