**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY, <br><br> Defendants. | C.A. No. 07-568-JJF |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, defendant Fannie Mae hereby discloses that it has no parent corporation and no publicly held corporation owns more than 10% of Fannie Mae's stock.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| William J. McKenna <br> Jill L. Murch <br> Foley & Lardner LLP <br> 321 N. Clark St., Ste. 2800 <br> Chicago, Illinois 60610 <br> (312) 832-4500 (telephone) <br> (312) 832-4700 (facsimile) <br><br> Dated: February 22, 2008 | /s/ John. T. Dorsey<br>John T. Dorsey, Esquire (No. 2988) <br> Erin Edwards, Esquire (No. 4392) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> Phone: (302) 571-6712 <br> Facsimile: (302) 576-3401 <br> Email: jdorsey@ycst.com <br><br> *Attorneys for Defendant Fannie Mae* |

## **CERTIFICATE OF SERVICE**

I, John T. Dorsey, Esquire, hereby certify that on February 22, 2008, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

R. Bruce Allensworth (bruce.allensworth@klgates.com)
David J. Baldwin (dbaldwin@potteranderson.com)
Kevin F. Brady (kbrady@cblh.com)
Robert M. Brochin (rbrochin@morganlewis.com)
John T. Dorsey (jdorsey@ycst.com)
David S. Eagle (deagle@klehr.com)
Brian M. Forbes (brian.m.forbes@klgates.com)
Irene C. Freidel (irene.freidel@klgates.com)
Kelly A. Green (kgreen@klehr.com)
Stephen E. Herrmann (herrmann@rlf.com)
Katharine V. Jackson (kjackson@reedsmith.com)
Carmella P. Keener (CKeener@rmgglaw.com)
Richard D. Kirk (bankserve@bayardfirm.com)
Kenneth J. Nachbar (knachbar@mnat.com)
Jeffrey M. Norton (jnorton@hfesq.com)

I further certify that I have served the parties listed on the service list, attached hereto as Exhibit A, in the manner indicated.

/s/ John T. Dorsey_____
John T. Dorsey

**Exhibit A**

Mr. Bruce Allensworth, Esq.
Brian M. Forbes, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(HSBC)
*First Class Mail*

Mr. David J. Baldwin, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza 1313 North Market Street, 6th Floor
Wilmington, DE 19801
Freddie Mac
*Hand Delivery*

Mr. Kevin F. Brady, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(MERS, Inc. & MERSCORP, Inc.)
*Hand Delivery*

Mr. Robert M. Brochin, Esq.
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(MERS, Inc. & MERSCORP, Inc.)
*First Class Mail*

Mr. David S. Eagle, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Ms. Irene C. Freidel, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(HSBC)
*First Class Mail*

Ms. Kelly A. Green, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Mr. Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(HSBC)
*Hand Delivery*

Ms. Kate V. Jackson, Esq.
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE 19801
(GMAC/RFC)
*Hand Delivery*

Ms. Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
(Jose Trevino and Lorry S. Trevino)
*Hand Delivery*

Mr. Richard D. Kirk, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(Countrywide Financial Corporation; Wells Fargo & Company;)
(Washington Mutual Bank)
Hand Delivery

Ms. Jill L. Murch, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
First Class Mail

Mr. William J. McKenna, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
Fannie Mae
First Class Mail

Mr. Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Citigroup, Inc.)
Hand Delivery