IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>    Defendants. | C.A. No. 07-568-JJF |

## DEFENDANT WASHINGTON MUTUAL BANK'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Washington Mutual Bank hereby discloses that its ultimate parent company is Washington Mutual, Inc., which is a publicly traded company. There are no other publicly held companies that hold 10% or more of Washington Mutual Bank's stock.

{00766386;v1}

March 14, 2008                                    BAYARD, P.A

                                                  /s/ Richard D. Kirk (rk0922)
                                                  Richard D. Kirk (No. 922)
                                                  Stephen B. Brauerman (No. 4952)
                                                  222 Delaware Ave., Suite 900
                                                  Wilmington, DE  19899-5130
                                                  (302) 655-5000
                                                  RKirk@bayardlaw.com
                                                  sbrauerman@bayardlaw.com

**Of Counsel :**                                  *Attorneys for Washington Mutual Bank*
Thomas M. Hefferon  (*pro hac vice*)
Scott B. Nardi (*pro hac vice*)
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC  20001
(202) 346-4000
thefferon@goodwinprocter.com
snardi@goodwinprocter.com

{00766386;v1}
2

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 14, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal, Monhait, Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

David S. Eagle
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Kevin F. Brady
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Stephen E. Herrmann
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899

John T. Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Kenneth J. Nachbar
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

The undersigned counsel further certifies that, on March 14, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Robert M. Brochin
Sean M. O'Neill
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

Matthew S. Chase
The Chase Law Firm, PC
8123 Delmar Boulevard
University City, MO  63130-3729

Lucia Nale
Thomas V. Panoff
Mayer Brown
71 S. Wacker Drive
Chicago, IL  60606

Irene Freidel
Bruce Allensworth
K& L Gates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

Jeffrey M. Norton
Robert I. Harwood
Harwood Feffer LLP
488 Madison Avenue
New York, NY  10022

Henry F. Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610

LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue
22nd Floor
Chicago, IL  60611

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00725240;v1}