IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) | Case No. 07-568-JJF |
| Plaintiffs, ) ) ) | |
| v. ) ) | |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## DEFENDANT JPMORGAN CHASE & CO.'S RULE 7.1 DISCLOSURE STATEMENT

JPMorgan Chase & Co. is a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of February 1, 2008.

2

KLEHR HARRISON HARVEY BRANZBURG
   & ELLERS LLP

OF COUNSEL:
Burke, Warren, MacKay & Serritella, P.C.
LeAnn Pedersen Pope
Danielle J. Szukala
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois  60611-3607
Telephone:  312-840-7000
Facsimile:  312-840-7900

/s/ Kelly A. Green
David S. Eagle  (#3387)
Kelly A. Green  (#4095)
919 Market Street, Suite 1000
Phone (302) 426-1189
Fax (302) 426-9193
deagle@klehr.com
kgreen@klehr.com
Wilmington, Delaware 19801

*Attorneys for JPMORGAN CHASE AND CO.*

Dated:  April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, Delaware 19801
Telephone:    (302) 656-4433
ckeener@mmrmgglaw.com

Kevin F. Brady, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:    (302) 658-9141
kbrady@cblh.com

Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Telephone:    (302) 778-7500
kjackson@reedsmith.com

Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:    (302) 658-6541
herrmann@rlf.com

Kenneth J. Nachbar, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:    (302) 351-9294
knachbar@mnat.com

John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone:    (302) 571-6712
jdorsey@ycst.com

Richard D. Kirk, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
bankserve@bayardlaw.com

David J. Baldwin, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
Telephone:    (302) 984-6000
dbaldwin@potteranderson.com

/s/ Kelly A. Green
Kelly A. Green (DE Bar No. 4095)

DEL1 68069-1