IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>    Defendants. | Case No. 07-568-(JJF)<br><br>**JURY TRIAL DEMANDED** |

## **AMENDED STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Stipulation and Order entered by the Court on January 16, 2008 shall be amended as follows:

1. Plaintiffs' answering brief in response to the several opening briefs filed by defendants in support of their respective motions to dismiss shall be due on or before April 28, 2008.

2. Plaintiffs' omnibus opposition brief shall not exceed 50 pages.

3. Defendants' reply brief(s) shall be filed on or before June 2, 2008.

Dated: April 11, 2008

| | |
|---|---|
| ROSENTHAL, MONHAIT<br>& GODDESS, P.A. | MORRIS NICHOLS ARSHT<br>& TUNNELL LLP |
| By: /s/ Carmella P. Keener<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>*Counsel for Plaintiffs Jose Trevino<br>and Lorry S. Trevino* | By: /s/ Kenneth J. Nachbar<br>Kenneth J. Nachbar (Del. Bar No. 2067)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9200<br>*Counsel for Defendant<br>CitiMortgage, Inc.* |
| THE BAYARD FIRM | YOUNG, CONAWAY STARGATT<br>& TAYLOR LLP |
| By: /s/ Richard D. Kirk<br>Richard D. Kirk (Del. Bar No. 922)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4200<br>*Counsel for Defendants<br>Countrywide Home Loans, Inc.,<br>Washington Mutual Bank,<br>Norwest Mortgage, Inc. and<br>Wells Fargo & Company* | By: /s/ Erin D. Edwards<br>John T. Dorsey (Del. Bar No. 2988)<br>Erin D. Edwards (Del. Bar No. 4392)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>*Counsel for Defendant Fannie Mae* |
| CONNOLLY BOVE LODGE &<br>& HUTZ LLP | POTTER, ANDERSON & CORROON LLP |
| By: /s/ Kevin F. Brady<br>Kevin F. Brady (Del. Bar No. 2248)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Counsel for Merscorp, Inc. and<br>Mortgage Electronic Registration<br>Systems, Inc.* | By: /s/ David J. Baldwin<br>David J. Baldwin (Del. Bar No. 1010)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>*Counsel for Defendant Freddie Mac* |

REED SMITH LLP

By: /s/ Katharine V. Jackson
Katharine V. Jackson (Del. Bar No. 4800)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801-1163
(302) 778-7500
*Counsel for GMAC Residential Holding Co. LLC, f/k/a GMAC Residential Holding Corp. and GMAC Residential Holding Company LLC and d/b/a/ GMAC Residential Funding Corporation*

KLEHR, HARRISON, HARVEY
 BRANZBURG & ELLERS LLP

By: /s/ David S. Eagle
David S. Eagle (Del. Bar No. 3387)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1180
*Counsel for Defendant Morserv, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Stephen E. Herrmann
Stephen E. Herrmann (Del. Bar No. 691)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Counsel for HSBC Finance Corporation*

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.