IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiffs,<br>vs.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO., WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>                      Defendants. | C.A. No. 07-568-(JJF) |

**AMENDED STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Stipulation and Order entered by the Court on January 16, 2008 [D.I. 35], as amended on April 11, 2008 [D.I. 56], shall be amended again as follows:

      Defendants' reply brief(s) shall be filed not later than 5:00 p.m. EDT on June 10, 2008.

May 30, 2008

| | |
|---|---|
| ROSENTHAL, MONHAIT<br>& GODDESS, P.A. | MORRIS NICHOLS ARSHT<br>& TUNNELL LLP |
| /s/ Carmella P. Keener (ck2810)<br>Carmella P. Keener<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>*Counsel for Plaintiffs Jose Trevino*<br>*and Lorry S. Trevino* | /s/ Kenneth J. Nachbar (kn2067)<br>Kenneth J. Nachbar<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9200<br>*Counsel for Defendant*<br>*CitiMortgage, Inc.* |
| BAYARD, P.A. | YOUNG, CONAWAY STARGATT<br>& TAYLOR LLP |
| /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>*Counsel for Defendants*<br>*Countrywide Financial Corporation,*<br>*Washington Mutual Bank,*<br>*and Wells Fargo & Company* | /s/ Erin Edwards (ee4392)<br>John T. Dorsey<br>Erin Edwards<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>*Counsel for Defendant Fannie Mae* |
| CONNOLLY BOVE LODGE &<br>& HUTZ LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Kevin F. Brady (kb2248)<br>Kevin F. Brady<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Counsel for Merscorp, Inc. and*<br>*Mortgage Electronic Registration*<br>*Systems, Inc.* | /s/ David J. Baldwin (db1010)<br>David J. Baldwin<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>*Counsel for Defendant Freddie Mac* |

| | |
|---|---|
| REED SMITH LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Katharine V. Jackson (kj4800)<br>Katharine V. Jackson<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801-1163<br>(302) 778-7500<br>*Counsel for GMAC Residential Holding Co. LLC, f/k/a GMAC Residential Holding Corp. and GMAC Residential Holding Company LLC and d/b/a/ GMAC Residential Funding Corporation* | /s/ Stephen E. Herrmann (sh0691)<br>Stephen E. Herrmann<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Counsel for HSBC Finance Corporation* |
| KLEHR, HARRISON, HARVEY<br>  BRANZBURG & ELLERS LLP | SO ORDERED, this _____ day of<br><br>_____, 2008 |
| /s/ David S. Eagle (de3387)<br>David S. Eagle<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 426-1180<br>*Counsel for Defendant Morserv, Inc.* | _____<br>United States District Judge |

{01003607;v1}

2