# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP, INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,

      Defendants.

C.A. No. 07-568-JJF

## DEFENDANTS MERSCORP, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S JOINDER IN OPPOSITION TO THE REQUEST FOR JUDICIAL NOTICE

Merscorp, Inc. and Mortgage Electronic Registration Systems, Inc. hereby joins in the Shareholder Defendants' Opposition to Plaintiffs' Request for Judicial Notice of Certain Public Records and Written Company Materials (D.I. 61) filed on June 10, 2008 by Defendant Freddie Mac.

      CONNOLLY BOVE LODGE & HUTZ LLP

      */s/ Kevin F. Brady*
      Kevin F. Brady (No. 2248)
      Jeremy D. Anderson (No. 4515)
      The Nemours Building
      1007 N. Orange Street
      P.O. Box 2207
      Wilmington, DE  19899

302-658-9141
kbrady@cblh.com
janderson@cblh.com

*Attorneys for Defendants MERSCORP Inc.*
*And Mortgage Electronic Registration Systems, Inc.*

OF COUNSEL
Robert M. Brochin
Sean M. O'Neill
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

Dated: June 10, 2008

# **CERTIFICATE OF SERVICE**

I hereby certify on June 10, 2008, I electronically filed the foregoing *Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.'s Joinder In Opposition to the Request for Judicial Notice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Carmella P. Keener
>Rosenthal, Monhait & Goddess, P.A.
>Citizens Bank Center, Suite 1401
>919 Market Street
>Wilmington, DE 19899-1070
>Tel: (302) 656-4433
>Fax: (302) 658-7567
>ckeener@rmgglaw.com
>*Counsel for Plaintiffs*
>
>Jeffrey M. Norton, Esq.
>*Admitted Pro Hac Vice*
>Robert I. Harwood, Esq.
>Roy Shimon, Esq.
>HARWOOD FEFFER LLP
>488 Madison Avenue
>New York, NY 10022
>Tel: (212) 935-7400
>Fax: (212) 753-3630
>rharwood@hfesq.com
>jnorton@hfesq.com
>rshimon@hfesq.com
>*Of Counsel for Plaintiffs*
>
>Kenneth J. Nachbar
>Morris, Nichols, Arsht & Tunnell LLP
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>T: (302) 351-9294
>F: (302) 658-3989
>knachbar@mnat.com
>*Counsel for Defendant Citigroup Inc.*

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
T: (302) 778-7500
F: (302) 778-7575
kjackson@reedsmith.com
*Counsel for Defendant GMAC-RFC Holding Company, LLC*

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
T: (302) 658-6541
F: (302) 651-7701
herrmann@rlf.com
*Counsel for Defendant HSBC Finance Corporation*

David S. Eagle
Kelly A. Green
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
T: (302) 426-1189
F: (302) 426-9193
deagle@klehr.com
kgreen@klehr.com
*Counsel for Defendant JP Morgan Chase & Co.*

Irene Freidel
Bruce Allensworth
K&LGates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
T: (617) 951-9154
F: (617).261-3175
bruce.allensworth@klgates.com
irene.freidel@klgates.com
*Counsel for Defendant HSBC Finance Corporation*

Richard D. Kirk
The Bayard Firm
222 Delaware Ave.
Suite 900
P.O. Box 25130
Wilmington, DE 19899
T: (302) 655-5000
F: (302) 658-6395
rkirk@bayardfirm.com
*Counsel for Defendants Washington Mutual Bank, Countrywide Financial Corporation, and Wells Fargo & Company*

John Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
T: (302) 571-6600
F: (302) 571-1253
jdorsey@ycst.com
*Counsel for Defendant Fannie Mae*

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
T: 312.832.4541
F: 312.832.4700
WMcKenna@foley.com
jmurch@foley.com
*Counsel for Defendant Fannie Mae*

David Baldwin
Peter J. Walsh Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801
T: (302) 984-6017
F: (302) 658-1192
dbaldwin@potteranderson.com
pwalsh@potteranderson.com
dmoore@potteranderson.com
*Counsel for Defendant Freddie Mac*

>Katharine V. Jackson
>Reed Smith LLP
>2500 One Liberty Place
>1650 Market Street
>Philadelphia, PA 19103
>T: (215) 851-8100
>F: (215) 851-1420
>kjackson@reedsmith.com
>*Counsel for Defendant GMAC-RFC Holding Company, LLC*

I further certify that a copy of the foregoing document and the notice of electronic filing were sent by U.S. Mail to the following non-CM/ECF participants:

>Matthew S. Chase, Esq.
>The Chase Law Firm, PC
>8123 Delmar Boulevard
>University City, MO 63130-3729
>Tel: (314) 726-4040
>Fax: (314) 726-6543
>matthew@chaselawpc.com
>*Of Counsel for Plaintiff*
>
>Thomas Hefferon
>Scott Nardi
>Goodwin Procter
>901 New York Avenue, NW
>Washington, DC 20001
>T: (202) 346-4000
>F: (202)-346-4444
>thefferon@goodwinprocter.com
>snardi@goodwinprocter.com
>*Counsel for Defendants Washington Mutual Bank, Countrywide*
>*Financial Corporation, and Wells Fargo & Company*
>
>Lucia Nale
>Thomas V. Panoff
>Mayer, Brown
>71 S. Wacker Drive
>Chicago, IL 60606
>T: (312) 706-0600
>F: (312) 701-7711
>lnale@mayerbrown.com
>tpanoff@mayerbrown.com
>*Counsel for Defendant Citigroup Inc.*

        LeAnn Pedersen Pope
        Danielle Szukala
        Burke, Warren, MacKay & Serritella
        330 N. Wabash Avenue
        22nd Floor
        Chicago, Illinois  60611
        T: (312) 840-7013
        F: (312) 840-7900
        lpope@burkelaw.com
        dszukala@burkelaw.com
        *Counsel for Defendant JP Morgan Chase & Co.*


                                    */s/ Kevin F. Brady*
                                    Kevin F. Brady (No. 2248)