IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WELLS FARGO & COMPANY,<br><br>    Defendants. | Case No. 07-00568-JJF |

## FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REPLY BRIEF IN SUPPORT OF SHAREHOLDER DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

The Federal National Mortgage Association ("Fannie Mae") respectfully requests that the Court dismiss the Plaintiffs' Amended Complaint for the reasons and the grounds set forth in the "Shareholder Defendants' Reply Brief in Support of Their Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted," the "Shareholder Defendants' Reply to Plaintiffs' Opposition to Defendants' Motions to Dismiss Amended Complaint," and the "Reply Brief of

Defendant GMAC-RFC Holding Company, LLC in Support of Its Motion to Dismiss,"[1] each of which was filed this date.

Dated: June 10, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ John T. Dorsey
John T. Dorsey
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600
Fax: (302) 576-3401
Email: jdorsey@ycst.com

Of Counsel:

William J. McKenna
Jill L. Murch
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Tel: (312) 832-4500
Fax: (312) 832-4700
Email: wmckenna@foley.com
         jmurch@foley.com

*Attorneys for Defendant Federal National Mortgage Association*

---

[1] As with GMAC-RFC Holding Company, LLC, the Plaintiffs do not allege that Fannie Mae had anything to do with their mortgage loan.

DB02:6888164.1                                                                              066925.1001

## CERTIFICATE OF SERVICE

    I, John T. Dorsey, Esquire, hereby certify that on June 10, 2008, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:


R. Bruce Allensworth (bruce.allensworth@klgates.com)
David J. Baldwin (dbaldwin@potteranderson.com)
Kevin F. Brady (kbrady@cblh.com)
Robert M. Brochin (rbrochin@morganlewis.com)
John T. Dorsey (jdorsey@ycst.com)
David S. Eagle (deagle@klehr.com)
Brian M. Forbes (brian.m.forbes@klgates.com)
Irene C. Freidel (irene.freidel@klgates.com)
Kelly A. Green (kgreen@klehr.com)
Stephen E. Herrmann (herrmann@rlf.com)
Katharine V. Jackson (kjackson@reedsmith.com)
Carmella P. Keener (CKeener@rmgglaw.com)
Richard D. Kirk (rkirk@bayardfirm.com)
William J. McKenna, Jr. (wmckenna@foley.com)
Jill L. Murch (jmurch@foley.com)
Kenneth J. Nachbar (knachbar@mnat.com)
Jeffrey M. Norton (jnorton@hfesq.com)


    I further certify that I caused a true and correct copy of the foregoing document to be served as indicated upon the parties identified on the attached service list.

John T. Dorsey (Del. Bar No. 2988)

## SERVICE LIST
## 6/10/2008

Mr. Bruce Allensworth, Esq.
Brian M. Forbes, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(HSBC)
*First Class Mail*

Mr. Kevin F. Brady, Esq.
Mr. Jeremy D. Anderson, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(MERS, Inc. and MERSCORP, Inc.)
*Hand Delivery*

Mr. Matthew S. Chase, Esq.
The Chase Law Firm, PC
8123 Delmar Boulevard
University City, MO 63130-3729
(Jose Trevino and Lorry S. Trevino)
*First Class Mail*

Ms. Irene C. Freidel, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(HSBC)
*First Class Mail*

Mr. Robert I. Harwood, Esq.
Mr. Jeffrey M. Norton, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
(Jose Trevino and Lorry S. Trevino)
*First Class Mail*

Mr. David J. Baldwin, Esq.
Mr. David E. Moore, Esq.
Mr. Michael B. Rush, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Freddie Mac)
*Hand Delivery*

Mr. Robert M. Brochin, Esq.
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(MERS, Inc. & MERSCORP, Inc.)
*First Class Mail*

Mr. David S. Eagle, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Ms. Kelly A. Green, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street Suite 1000
Wilmington, DE 19801
(JP Morgan Chase)
*Hand Delivery*

Mr. Thomas Hefferon, Esq.
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(Countrywide Financial Corporation; Wells Fargo & Company; Washington Mutual Bank)
*First Class Mail*

Mr. Stephen E. Herrmann, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(HSBC)
*Hand Delivery*

Ms. Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
(Jose Trevino and Lorry S. Trevino)
*Hand Delivery*

Mr. William J. McKenna, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Mr. Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(Citigroup, Inc.)
*Hand Delivery*

Mr. Scott B. Nardi, Esq.
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(Countrywide Financial Corporation; Wells Fargo & Company; Washington Mutual Bank)
*First Class Mail*

Ms. Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE 19801
(GMAC/RFC)
*Hand Delivery*

Mr. Richard D. Kirk, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(Countrywide Financial Corporation; Wells Fargo & Company; Washington Mutual Bank)
*Hand Delivery*

Ms. Jill L. Murch, Esq.
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago, IL 60610
(Fannie Mae)
*First Class Mail*

Ms. Lucia Nale, Esq.
Mayer Brown LLP
71 South Waker Drive
Chicago, IL 60606
(Citigroup, Inc.)
*First Class Mail*

Mr. Sean M. O'Neill, Esq.
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
(MERS, Inc. & MERSCORP, Inc.)
*First Class Mail*

Mr. Thomas V. Panoff, Esq.
Mayer Brown LLP
71 South Waker Drive
Chicago, IL 60606
(Citigroup, Inc.)
*First Class Mail*

Mr. Henry F. Reichner, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC/RFC)
*First Class Mail*

Mr. Peter J. Walsh, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Freddie Mac)
*Hand Delivery*

Ms. LeAnn P. Pope, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue 22nd Floor
Chicago, IL 60611-3607
JP Morgan Chase
*First Class Mail*

Ms. Danielle J. Szukala, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue 22nd Floor
Chicago, IL 60611-3607
(JP Morgan Chase)
*First Class Mail*