## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>      v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-568-JJF |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, the undersigned defendants hereby separately request oral argument at the convenience of the Court on the following motions to dismiss:

        1.     The Shareholder Defendants' Motion to Dismiss (D.I. 47).  Briefing has been completed (D.I. 48, 58 and 65).

        2.     Freddie Mac's Motion to Dismiss (D.I. 45).  Briefing has been completed (D.I. 45, 58 and 67).

        3.     GMAC-RFC Holding Company, LLC's Motion to Dismiss (D.I. 42).  Briefing has been completed (D.I. 43, 58 and 60).

BAYARD, P.A.

**Of Counsel :**
Thomas M. Hefferon
Scott B. Nardi
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC  20001
(202) 346-4000

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
222 Delaware Ave., Suite 900
Wilmington, DE  19899-5130
(302) 655-5000
*Attorneys for Defendants Countrywide
Financial Corp., Washington Mutual Bank,
and Wells Fargo & Co.*


RICHARDS, LAYTON & FINGER, P.A.

**Of Counsel:**
Irene Freidel
Bruce Allensworth
K&LGates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 951-9154

/s/ Stephen E. Herrmann (sh0691)
Stephen E. Herrmann (sh0691)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
*Attorneys for Defendant HSBC Finance
Corporation*


YOUNG CONAWAY STARGATT & TAYLOR LLP

**Of Counsel:**
William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
(312) 832-4541

/s/ John T. Dorsey (jd2988)
John T. Dorsey (jd2988)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Defendant Fannie Mae*


KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS  LLP

**Of Counsel:**
LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay &
Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
(312) 840-7000

/s/ Kelly A. Green (kg4095)
David S.Eagle (de3387)
Kelly A. Green (kg 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
*Attorneys for Defendant JPMorgan Chase & Co.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

**Of Counsel:**
Lucia Nale
Thomas V. Panoff
Mayer, Brown
71 S. Wacker Drive
Chicago, IL 60606
(312) 706-0600
tpanoff@mayerbrown.com

/s/ Kenneth J. Nachbar (kn2067)
Kenneth J. Nachbar (kn2067)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9294
*Attorneys for Defendant CitiMortgage, Inc.*

REED SMITH LLP

**Of Counsel:**
Henry F. Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

/s/ Katharine V. Jackson (kj4800)
Katharine V. Jackson (kj4800)
1201 Market Street, Suite 1500
Wilmington, DE  19801
(302) 778-7510
*Attorneys for Defendant*
*GMAC-RFC Holding Company, LLC*

POTTER ANDERSON & CORROON  LLP

**Of Counsel:**
Wilma A. Lewis
Howard S. Lindenberg
Freddie Mac
8200 Jones Branch Drive
Mclean, VA  22102
(703) 903-2485

/s/ David J. Baldwin (db1010)
David J. Baldwin (db1010)
Peter J. Walsh, Jr. (pw2437)
David E. Moore (dm3983)
Michael B. Rush (mr5061)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801
(302) 984-6000
*Attorneys for Defendant Freddie Mac*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 12, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal, Monhait, Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070

Kevin F. Brady
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Stephen E. Herrmann
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899

David S. Eagle
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

John T. Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Kenneth J. Nachbar
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

The undersigned counsel further certifies that, on June 12, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Robert M. Brochin
Sean M. O'Neill
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

Matthew S. Chase
The Chase Law Firm, PC
8123 Delmar Boulevard
University City, MO  63130-3729

Lucia Nale
Thomas V. Panoff
Mayer Brown
71 S. Wacker Drive
Chicago, IL  60606

Irene Freidel
Bruce Allensworth
K& L Gates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

Jeffrey M. Norton
Robert I. Harwood
Harwood Feffer LLP
488 Madison Avenue
New York, NY  10022

Henry F. Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610

LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue
22nd Floor
Chicago, IL  60611

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk