# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO,
individually and on behalf of all others similarly
situated,

       Plaintiffs,

      v.

MERSCORP, INC. and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., CITIGROUP, INC., COUNTRYWIDE
FINANCIAL CORPORATION, FANNIE MAE,
FREDDIE MAC, GMAC-RFC HOLDING
COMPANY, LLC d/b/a GMAC RESIDENTIAL
FUNDING CORPORATION, HSBC FINANCE
CORPORATION, JPMORGAN CHASE & CO,
WASHINGTON MUTUAL BANK, and WELLS
FARGO & COMPANY,

      Defendants.

C. A. No. 07-568-JJF

---

## DEFENDANTS MERSCORP, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, defendants Merscorp, Inc. and Mortgage Electronic Registration Systems, Inc., (collectively "MERS") by and through their undersigned counsel, hereby respectfully request oral argument at the convenience of the Court on MERS' *Motion to Dismiss Based upon Federal Rule of Civil Procedure 12(b)(6)* [D.I. 40]. Briefing has been completed (D.I. 41, 58 and 62).

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin F. Brady
Kevin F. Brady (No. 2248)
Jeremy D. Anderson (No. 4515)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
302-658-9141
kbrady@cblh.com
janderson@cblh.com

*Attorneys for Defendants MERSCORP Inc.*
*And Mortgage Electronic Registration Systems, Inc.*

OF COUNSEL
Robert M. Brochin
Sean M. O'Neill
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

Dated: June 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify on June 13, 2008, I electronically filed the foregoing *Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.'s Request for Oral Argument* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Citizens Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567
ckeener@rmgglaw.com
*Counsel for Plaintiffs*

Jeffrey M. Norton, Esq.
*Admitted Pro Hac Vice*
Robert I. Harwood, Esq.
Roy Shimon, Esq.
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630
rharwood@hfesq.com
jnorton@hfesq.com
rshimon@hfesq.com
*Of Counsel for Plaintiffs*

Kenneth J. Nachbar
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
T: (302) 351-9294
F: (302) 658-3989
knachbar@mnat.com
*Counsel for Defendant Citigroup Inc.*

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
T: (302) 778-7500
F: (302) 778-7575
kjackson@reedsmith.com
*Counsel for Defendant GMAC-RFC Holding Company, LLC*

Stephen E. Herrmann
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
T: (302) 658-6541
F: (302) 651-7701
herrmann@rlf.com
*Counsel for Defendant HSBC Finance Corporation*

David S. Eagle
Kelly A. Green
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
T: (302) 426-1189
F: (302) 426-9193
deagle@klehr.com
kgreen@klehr.com
*Counsel for Defendant JP Morgan Chase & Co.*

Irene Freidel
Bruce Allensworth
K&LGates
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
T: (617) 951-9154
F: (617).261-3175
bruce.allensworth@klgates.com
irene.freidel@klgates.com
*Counsel for Defendant HSBC Finance Corporation*

Richard D. Kirk
The Bayard Firm
222 Delaware Ave.
Suite 900
P.O. Box 25130
Wilmington, DE 19899
T: (302) 655-5000
F: (302) 658-6395
rkirk@bayardfirm.com
*Counsel for Defendants Washington Mutual Bank, Countrywide Financial
Corporation, and Wells Fargo & Company*

John Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
T: (302) 571-6600
F: (302) 571-1253
jdorsey@ycst.com
*Counsel for Defendant Fannie Mae*

William McKenna
Jill Murch
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
T: 312.832.4541
F: 312.832.4700
WMcKenna@foley.com
jmurch@foley.com
*Counsel for Defendant Fannie Mae*

David Baldwin
Peter J. Walsh Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801
T: (302) 984-6017
F: (302) 658-1192
dbaldwin@potteranderson.com
pwalsh@potteranderson.com
dmoore@potteranderson.com
*Counsel for Defendant Freddie Mac*

Katharine V. Jackson
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
T: (215) 851-8100
F: (215) 851-1420
kjackson@reedsmith.com
*Counsel for Defendant GMAC-RFC Holding Company, LLC*

I further certify that a copy of the foregoing document and the notice of electronic

filing were sent by U.S. Mail to the following non-CM/ECF participants:

Matthew S. Chase, Esq.
The Chase Law Firm, PC
8123 Delmar Boulevard
University City, MO 63130-3729
Tel: (314) 726-4040
Fax: (314) 726-6543
matthew@chaselawpc.com
*Of Counsel for Plaintiff*

Thomas Hefferon
Scott Nardi
Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001
T: (202) 346-4000
F: (202)-346-4444
thefferon@goodwinprocter.com
snardi@goodwinprocter.com
*Counsel for Defendants Washington Mutual Bank, Countrywide Financial Corporation, and Wells Fargo & Company*

Lucia Nale
Thomas V. Panoff
Mayer, Brown
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 706-0600
F: (312) 701-7711
lnale@mayerbrown.com
tpanoff@mayerbrown.com
*Counsel for Defendant Citigroup Inc.*

LeAnn Pedersen Pope
Danielle Szukala
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue
22nd Floor
Chicago, Illinois  60611
T: (312) 840-7013
F: (312) 840-7900
lpope@burkelaw.com
dszukala@burkelaw.com
*Counsel for Defendant JP Morgan Chase & Co.*


*/s/ Kevin F. Brady*
Kevin F. Brady (No. 2248)