IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE TREVINO and LORRY S. TREVINO, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-568-JJF |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK and WELLS FARGO & COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the date by which Defendants must file their oppositions to Plaintiffs' Motion for

Leave to File Surreply (D.I. 70) shall be extended to July 18, 2008.

ROSENTHAL, MONHAIT & GODDESS, P.A.

CONNOLLY, BOVE, LODGE & HUTZ

_/s/ Carmella P. Keener_
Carmella P. Keener (#2810)
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
   Attorneys for Plaintiffs

_/s/ Jeremy D. Anderson_
Kevin F. Brady (#2248)
Jeremy D. Anderson (#4515)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141
   Attorneys for Defendants Merscorp, Inc.
   and Mortgage Electronic Registration

MORRIS, NICHOLS, ARSHT & TUNNELL LLC

POTTER ANDERSON & CORROON LLP

_/s/ Kenneth J. Nachbar_
Kenneth J. Nachbar (#2067)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
    Attorneys for Defendant CitiMortgage, Inc.

_/s/ David E. Moore_
David J. Baldwin (#1010)
Peter J. Walsh, Jr. (#2437)
David E. Moore (#3983)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6140
    Attorneys for Defendant Freddie Mac

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

REED SMITH LLP

_/s/ John T. Dorsey_
John T. Dorsey (#2988)
Erin Edwards (#4392)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6712
    Attorneys for Defendant Fannie Mae

_/s/ Katharine V. Jackson_
Katharine V. Jackson (#4800)
1201 Market Street
Suite 1500
Wilmington, DE  19801
(302) 778-7500
    Attorneys for Defendant GMAC-RFC
    Holding Company, LLC, d/b/a GMAC
    Residential Funding Corporation

RICHARDS, LAYTON & FINGER

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS

_/s/ Stephen E. Herrmann_
Stephen E. Herrmann (#691)
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 658-6541
    Attorneys for Defendant HBSC Finance
    Corporation

_/s/ David S. Eagle_
David S. Eagle (#3387)
Kelly A. Green (#4095)
919 Market Street
Suite 1000
Wilmington, DE  19801
(302) 426-1189
    Attorneys for Defendant JP Morgan
    Chase & Co.

BAYARD, P.A.


 */s/ Richard D. Kirk*
Richard D. Kirk (#922)
Steven B. Brauerman (#4952)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
Telephone: (302) 655-5000
  Attorneys for Defendants Countrywide
Financial Corporation,
  Washington Mutual Bank, and
  Wells Fargo & Company


                    SO ORDERED this _____ day of _____ , 2008.


                                        _____
                                             U.S.D.J.


873827