IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO. WASHINGTON MUTUAL BANK, and WELLS FARGO & COMPANY,<br><br>　　　　　　Defendants. | C.A. No. 07-568-JJF |

**DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION'S
SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), defendant Countrywide Financial Corporation ("Countrywide") hereby submits the following Supplemental Corporate Disclosure Statement:

Countrywide is no longer a publicly traded entity. Countrywide is now a wholly owned subsidiary of Bank of America Corporation, a publicly traded entity. No other publicly traded company owns more than 10% of Countrywide's stock.

{BAY:01058236v1}

**July 15, 2008**                                   BAYARD, P.A

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Ave., Suite 900
**Of Counsel :**                                    Wilmington, DE  19899-5130
Thomas M. Hefferon                                  (302) 655-5000
Scott B. Nardi                                      RKirk@bayardlaw.com
Goodwin Procter LLP                                 sbrauerman@bayardlaw.com
901 New York Ave., NW
Washington, DC  20001
(202) 346-4000                                      *Attorneys for Countrywide Financial Corp.*
thefferon@goodwinprocter.com
snardi@goodwinprocter.com

LIBW/1682762.1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Carmella P. Keener
Rosenthal, Monhait, Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070

Katharine V. Jackson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

David S. Eagle
Klehr, Harrison, Harvey,
Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Kevin F. Brady
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Stephen E. Herrmann
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899

John T. Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Kenneth J. Nachbar
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

The undersigned counsel further certifies that, on July 15, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Robert M. Brochin<br>Sean M. O'Neill<br>Morgan Lewis & Bockius LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2339 | Jeffrey M. Norton<br>Robert I. Harwood<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Matthew S. Chase<br>The Chase Law Firm, PC<br>8123 Delmar Boulevard<br>University City, MO 63130-3729 | Henry F. Reichner<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Lucia Nale<br>Thomas V. Panoff<br>Mayer Brown<br>71 S. Wacker Drive<br>Chicago, IL 60606 | William McKenna<br>Jill Murch<br>Foley & Lardner LLP<br>321 North Clark, Suite 2800<br>Chicago, IL 60610 |
| Irene Freidel<br>Bruce Allensworth<br>K&L Gates<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | LeAnn Pedersen Pope<br>Danielle Szukala<br>Burke, Warren, MacKay & Serritella<br>330 N. Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611 |

/s/ Richard D. Kirk (rk0922)
    Richard D. Kirk