**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIGROUP INC., COUNTRYWIDE FINANCIAL CORPORATION, FANNIE MAE, FREDDIE MAC, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, HSBC FINANCE CORPORATION, JPMORGAN CHASE & CO, WELLS FARGO & COMPANY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. No. 07-568-JJF |

**SHAREHOLDER DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SURREPLY**

The undersigned Shareholder Defendants hereby oppose the Plaintiffs' motion for leave to file a surreply (D.I. 70). Plaintiffs' request is both unwarranted and improper, and should be denied.

Plaintiffs' justification for their "surreply" to the Shareholder Defendants' motions to dismiss is wholly illusory. Indeed, the motion expressly states that it has nothing to do with the motions to dismiss, but rather is intended "solely to respond to certain arguments" made in opposition to plaintiffs' request for judicial notice. Motion for Leave, p. 1.[1] Plaintiffs' attempt

---

[1] The reply briefs filed by the Shareholder Defendants raise no new arguments, but simply respond to arguments and case law raised in Plaintiffs' answering memorandum of law (D.I. 58).

to obtain yet another bite at the apple and the "last word" on the Shareholder Defendants' motions to dismiss is improper and should not be countenanced by the Court.[2]

Even if their proposed surreply is considered, contrary to Plaintiffs' assertions, the Shareholder Defendants nowhere concede the accuracy of any testimony in the proffered materials, and have consistently maintained that this material, the substance of which plaintiffs seek to introduce as "fact", is clearly unsuitable for judicial notice. *See* Fed.R.Ev. 201(b); Objection to Request for Judicial Notice, pp. 1-3. Similarly, notwithstanding Plaintiffs' contentions, the Shareholder Defendants have properly cited Third Circuit precedent regarding the inherent danger of taking judicial notice of website content. Objection to Request for Judicial Notice, p. 4.[3]

Moreover, rather than supporting their position, Plaintiffs' proposed surreply serves only to highlight the inappropriateness of judicial notice with respect to Plaintiffs' allegations. For example, citing six year-old testimony in an unrelated case, Plaintiffs' opposition contends that "MERS does not issue dividends." Omnibus Memo, p. 34. After the Shareholder Defendants established the falsity of this purported "fact", Plaintiffs now argue that they actually contend that MERS paid no dividends in 2002. Proposed Surreply at 6. Plaintiffs' shifting position regarding the subject statements -- even as they ask the Court to deem these "facts" as established in this litigation -- further underscores why judicial notice is inappropriate here.

---

[2] Plaintiffs' motion should also be denied out of hand for their failure to meet and confer and make the certification required by the Local Rules of this Court. D. Del. LR 7.1.1.

[3] The cases cited by plaintiffs all relate to governmental publications or statements by a party about itself on its own website and do not support judicial notice of information generated by, for, or about other parties for use against the shareholder defendants who are not in a position to verify the accuracy of the information at issue.

In any event, a purported non-payment of dividends in 2002 is irrelevant.  As explained in the Shareholder Defendants' motions to dismiss, regardless of whether MERS paid dividends six years ago or any of the other purported "facts" Plaintiffs seek to inject from outside the complaint, Plaintiffs have not put forth the factual allegations necessary to support piercing the corporate veil.[4]

For all of the foregoing reasons, Plaintiffs' motion for leave to file surreply should be denied.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Wilma A. Lewis
Howard S. Lindenberg
FREDDIE MAC
8200 Jones Branch Drive
McLean, VA  22102

Dated: July 18, 2008
874862/32499

By:   /s/ David E. Moore
       David J. Baldwin (#1010)
       Peter J. Walsh, Jr. (#2437)
       David E. Moore (#3983)
       1313 N. Market Street
       Hercules Plaza, 6th Floor
       Wilmington, DE  19899
       Tel:  (302) 984-6000
       dbaldwin@potteranderson.com
       pwalsh@potteranderson.com
       dmoore@potteranderson.com

       *Attorneys for Defendant Freddie Mac*

---

[4] Plaintiffs contend that the Court should not consider facts outside the complaint in the context of a motion to dismiss.  Proposed Surreply at 6.  As stated in their moving papers and their opposition to Plaintiffs' request for judicial notice, the Shareholder Defendants agree, and Plaintiffs' request for judicial notice should be denied.

BAYARD, P.A.

By   /s/ Richard D. Kirk
  Richard D. Kirk (#922)
  Steven B. Brauerman (#4952)
  222 Delaware Ave., Suite 900
  P.O. Box 25130
  Wilmington, DE 19899-5130
  Telephone: (302) 655-5000

*Attorneys for Defendants Countrywide Financial*
*Corporation, Washington Mutual Bank, and*
*Wells Fargo & Company*

REED SMITH LLP

By   /s/ Katharine V. Jackson
  Katharine V. Jackson (#4800)
  1201 Market Street
  Suite 1500
  Wilmington, DE 19801
  (302) 778-7500

*Attorneys for Defendant GMAC-RFC Holding*
*Company, LLC, d/b/a GMAC Residential*
*Funding Corporation*

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS

By   /s/ David S. Eagle
  David S. Eagle (#3387)
  Kelly A. Green (#4095)
  919 Market Street
  Suite 1000
  Wilmington, DE 19801
  (302) 426-1189

*Attorneys for Defendant JP Morgan*
*Chase & Co.*

YOUNG, CONAWAY, STARGATT &
TAYLOR LLP

By   /s/ John T. Dorsey
  John T. Dorsey (#2988)
  Erin Edwards (#4392)
  1000 West Street, 17th Floor
  P.O. Box 391
  Wilmington, DE 19899-0391
  (302) 571-6712

*Attorneys for Defendant Fannie Mae*

RICHARDS, LAYTON & FINGER

By   /s/ Stephen E. Herrmann
  Stephen E. Herrmann (#691)
  One Rodney Square
  P.O. Box 551
  Wilmington, DE 19899
  (302) 658-6541

*Attorneys for Defendant HSBC Finance*
*Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 18, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

(Jose Trevino and Larry S. Trevino)
Carmella P. Keener, Esq.
**Rosenthal, Monhait & Goddess, P.A.**
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

(Merscorp, Inc. and Mortgage
Electronic Registration Systems, Inc.)
Kevin F. Brady, Esq.
**Connolly, Bove, Lodge & Hutz**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

(CitiMortgage, Inc.(Citigroup, Inc.))
Kenneth J. Nachbar (#2067)
**Morris, Nichols, Arsht & Tunnell LLC**
1201 No. Market Street, 18 Fl.
P.O. Box 1347
Wilmington, DE  19899-1347

(Fannie Mae)
John T. Dorsey, Esq.
Erin Edwards, Esq.
**Young, Conaway, Stargatt & Taylor LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

(GMAC-RFC Holding Company, LLC,
d/b/a GMAC Residential Funding
Corporation)
Katharine V. Jackson, Esq.
**Reed Smith LLP**
1201 Market Street
Suite 1500
Wilmington, DE  19801

(HBSC Finance Corporation)
Stephen E. Herrmann, Esq.
**Richards, Layton & Finger**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

(JP Morgan Chase & Co.)
David S. Eagle, Esq.
Kelly A. Green, Esq.
**Klehr, Harrison, Harvey, Branzburg &
Ellers**
919 Market Street
Suite 1000
Wilmington, DE  19801

(Washington Mutual Bank, Wells Fargo &
Company, Countrywide Financial
Corporation)
Richard D. Kirk
**The Bayard Firm**
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*
David J. Baldwin (DE Bar No. 1010)
Peter J. Walsh, Jr. (DE Bar No. 2437)
David E. Moore (DE Bar No. 3983)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: dmoore@potteranderson.com

*Attorneys For Freddie Mac*

848586