**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MERSCORP, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:07-cv-568-LPS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on this 9th day of June 2011 she caused two copies of the following documents:

1. Plaintiffs' Responses and Objections to Defendants Merscorp, Inc. and Mortgage Electronic Registration Systems, Inc.'s First Request for Production to Plaintiffs Jose Trevino and Lorry S. Trevino; and

2. this Notice of Service

to be served by hand delivery upon the following:

　　Kevin F. Brady, Esquire
　　Connolly Bove Lodge & Hutz LLP
　　The Nemours Building
　　1007 N. Orange Street
　　P.O. Box 2207
　　Wilmington, DE  19899

| | |
|---|---|
| | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| OF COUNSEL: | By:　*/s/ Carmella P. Keener* |
| Robert I. Harwood, Esquire | Carmella P. Keener (Bar ID No. 2810) |
| Jeffrey M. Norton, Esquire | 919 N. Market Street, Suite 1401 |
| Roy Shimon, Esquire | Citizens Bank Center |
| 488 Madison Avenue, 8th Floor | P.O. Box 1070 |
| New York, NY  10022 | Wilmington, DE 19899-1070 |
| Tel:  (212) 935-7400 | (302) 656-4433 |
| Fax:  (212) 753-3630 | ckeener@rmgglaw.com |
| | *Attorneys for Plaintiffs* |