# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE TREVINO and LORRY S. TREVINO, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERSCORP, INC., et al.,<br><br>    Defendants. | Case No. 1:07-cv-568-LPS |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, CERTIFICATION OF PLAINTIFFS AS CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL

Plaintiffs hereby move this Court for an Order in the form submitted herewith:

A. Certifying, pursuant to Fed. R. Civ. P. 23(a) and (b)(3), a class on behalf of themselves and all similarly situated individuals during the Class Period who:

 (i) executed a MERS standardized mortgage note naming MERS as a lender, a beneficiary and/or assignee and providing the note holder is entitled to be "paid back … for all its costs and expenses in enforcing the note … includ[ing] … reasonable attorneys' fees;"

 (ii) have been subject to an enforcement action concerning the mortgage notes;

 (iii) received a demand to pay attorneys' fees and/or expenses in excess of those MERS and/or its loan servicers actually incurred or were obligated to pay; and

 (iv) suffered damages as a result (hereinafter "the Class").

B. Certifying plaintiffs Jose Trevino and Lorry S. Trevino as Class representatives; and,

C. Designating Harwood Feffer LLP as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

The bases for this Motion are set forth in Plaintiffs' Opening Brief in Support of Motion for Class Certification, Certification of Plaintiffs as Class Representatives, and Appointment of Class Counsel filed in this matter on September 29, 2011 (D.I. 115).

| | |
|---|---|
| Dated: January 12, 2012 | By:   */s/ Carmella P. Keener* |
| | Carmella P. Keener (#2810) |
| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| | Citizens Bank Center, Suite 1401 |
| HARWOOD FEFFER LLP | P.O. Box 1070 |
| Robert I. Harwood, Esq. | Wilmington, DE  19899-1070 |
| Roy Shimon, Esq. | (302) 656-4433 |
| 488 Madison Avenue | ckeener@rmgglaw.com |
| New York, NY 10022 | *Attorneys for Plaintiffs* |
| (212) 935-7400 | |

NEWMAN FERRARA LLP
Jeffrey M. Norton, Esq.
1250 Broadway, 27th Floor
New York, NY 10001
(212) 619-5400

THE CHASE LAW FIRM, PC
Matthew S. Chase, Esq.
8123 Delmar Boulevard
University City, MO 63130-3729
(314) 726-4040