UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

JOSE TREVINO and LORRY S. TREVINO,
individually and on behalf of all others similarly
situated,

CASE NO. 07-cv-00568-LPS

    Plaintiffs,

v.

MERSCORP, INC., et al.,

    Defendants.

/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(ii) AND PROPOSED ORDER
### APPROVING STIPULATION

It is hereby stipulated, by and between counsel for Plaintiffs Jose Trevino and Lorry Trevino ("Plaintiffs") and Defendants MERSCORP Inc. and Mortgage Electronic Registration Services, Inc. ("Defendants"), that: (a) Plaintiffs' motion for class certification is hereby withdrawn (Docs. No. 115, 118); and (b) this action, including all of the claims set forth in Plaintiffs' Amended Complaint, is hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1), with the parties to bear their own respective costs and attorneys' fees, except as otherwise agreed.

*[signature]*
Carmella P. Keener (Del. Bar No. 2810)
Rosenthal, Monhait & Goddess, P.A.
Citizens Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567
ckeener@rmgglaw.com

*[signature]*
Kevin F. Brady (Bar No. 2248)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington DE 19801
Tel: (302) 574-7412
Fax: (302) 425-0432
kbrady@cblh.com

| | |
|---|---|
| Jeffrey M. Norton (pro hac vice)<br>NEWMAN FERRARA LLP<br>1250 Broadway, 27th Floor<br>New York, NY 10001<br>Tel: (212) 619-5400<br>Fax: (212) 619-3090<br>jnorton@nfllp.com<br><br>Robert I. Harwood<br>Roy Shimon<br>HARWOOD FEFFER LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 935-7400<br>Fax: (212) 753-3630<br>rharwood@hfesq.com<br>rshimon@hfesq.com<br><br>***Counsel for Plaintiffs*** | Robert M. Brochin (pro hac vice)<br>Morgan, Lewis & Bockius LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2339<br>Telephone: 305.415.3000<br>Facsimile: 305.415.3001<br>rbrochin@morganlewis.com<br><br>***Counsel for Defendants MERSCORP Inc.<br>and Mortgage Electronic Registration<br>Systems, Inc.*** |

SO ORDERED, this _____ day of February 2012

_____
United States District Judge